Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>                Plaintiff,<br><br>        v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*.<br><br>                Defendants. | Case No. 4:17-cv-04732-PJH<br><br>**NOTICE OF APPEARANCE OF STEVE A. PAPAZIAN FOR PLAINTIFF CADENCE DESIGN SYSTEMS, INC.** |

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Steve A. Papazian, of Ruttenberg IP Law, A Professional Corporation, hereby enter my appearance as counsel for Plaintiff Cadence Design Systems, Inc. in this matter. I am a member of good standing of the State Bar of California and am admitted to practice in the Northern District of California. My address, telephone number and e-mail address are as follows:

RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION

1801 Century Park East, Suite 1920

Los Angeles, CA 90067

Telephone: (310) 627-2270

Facsimile: (310) 627-2260

steve@ruttenbergiplaw.com

Please serve said counsel with all pleadings and notices in this action.

DATED: October 30, 2017    By:    */s/ Steve Papazian*

Steve A. Papazian
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
steve@ruttenbergiplaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I caused to be served counsel of record on October 30, 2017 with NOTICE OF APPEARANCE OF STEVE A. PAPAZIAN FOR PLAINTIFF CADENCE DESIGN SYSTEMS, INC. via CM/ECF.

Executed on October 30, 2017 in Los Angeles, California.

By:  */s/ Steve Papazian*
      STEVE PAPAZIAN