UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CADENCE DESIGN SYSTEMS, INC.,

    Plaintiff,

    v.

POUNCE CONSULTING, INC., et al.,

    Defendants.

Case No. 17-cv-04732-PJH

**ORDER TO SHOW CAUSE**

Defendant in the above-entitled matter having failed to appear at the case management conference on November 16, 2017, and plaintiff having appeared at that proceeding in compliance with the Court's order,

THE COURT hereby issues an ORDER TO SHOW CAUSE why sanctions should not be imposed for defendant's counsel's failure to appear. Defendant's counsel is ordered to file a written response to this order within 7 days.

**IT IS SO ORDERED.**

Dated: November 16, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge