UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CADENCE DESIGN SYSTEMS, INC.,
    Plaintiff,

v.

POUNCE CONSULTING, INC., et al.,
    Defendants.

Case No. 17-cv-04732-PJH

**SECOND ORDER TO SHOW CAUSE**

On November 16, 2017, this court issued an OSC re sanctions for defendant's counsel's failure to appear at the November 16, 2017 case management conference, which had been scheduled by an order entered on September 1, 2017. The following day defendant's counsel responded with an apology for failing to appear at the November 13, 2017 ADR phone conference, which was not the subject of this court's OSC, but which obviously represents another example of defendant's counsel failing to meet his obligations as counsel of record in this case.

THE COURT hereby issues a second ORDER TO SHOW CAUSE why sanctions should not be imposed for defendant's counsel's failure to appear at the case management conference. Defendant's counsel is ordered to file a written response to this order within 7 days.

**IT IS SO ORDERED.**

Dated: November 17, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge