UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br> Plaintiff, <br> v. <br> POUNCE CONSULTING, INC., et al., <br> Defendants. | Case No. 17-cv-04732-PJH <br><br> **ORDER IMPOSING SANCTIONS** |

In response to the court's second order to show cause, defendant's counsel, Jason Coberly, has advised that he has no excuse for failing to appear as ordered at the November 16, 2017 Case Management Conference. As the court noted in the second order to show cause, this was Coberly's second failure to appear this week in this relatively new case. The court's review of the records reflects that Coberly appears to have been recently admitted to practice in the Northern District of California. If he wishes to maintain that status and avoid a referral to this court's Standing Committee on Professional Conduct, he must demonstrate an ability to comply with the Local Rules and specific orders of this court. Sanctions are hereby imposed in the amount of $250.00 payable to the registry of this court within 30 days of the date of this order.

**IT IS SO ORDERED.**

Dated: November 17, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge