Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>Plaintiff,<br><br>v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*.<br><br>Defendants. | Case No. 4:17-cv-04732-PJH<br><br>**PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S APPLICATION TO ENTER DEFAULT UNDER FED. R. CIV. P. 55(a) AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V.** |

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**PLEASE TAKE NOTICE** that Plaintiff Cadence Design Systems, Inc. ("Cadence") hereby requests that the Clerk of the United States District Court for the Northern District of California enter default in this matter against Defendant Pounce Consulting, S.A. de C.V. on the ground that Defendant Pounce Consulting, S.A. de C.V. has failed to appear or otherwise respond to the First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

As detailed in the Proof of Service (Dkt. No. 29), Defendant Pounce Consulting, S.A. de C.V. was served a Summons and the First Amended Complaint on November 2, 2017, in accordance with Fed. R. Civ. P. 4(h)(1)(B), as well as Cal. Civ. Proc. Code §§ 416.10(b) & 415.20(a). As such, the response of Defendant Pounce Consulting, S.A. de C.V. to Cadence's First Amended Complaint was due on November 28, 2017. No response has been filed with the Court to date by Defendant Pounce Consulting, S.A. de C.V. Accordingly, Plaintiff requests that the Clerk enter default under Fed. R. Civ. P. 55(a) against Defendant Pounce Consulting, S.A. de C.V.

Plaintiff has also provided notice to Defendant Pounce Consulting S.A. de C.V. that Plaintiff is seeking entry of default today. Counsel for Cadence emailed Roger Viera, CEO of Pounce Consulting, S.A. de. C.V., on November 28, 2017, indicating that his company has been sued by Cadence and attaching Cadence's First Amended Complaint, Summons, and Proof of Service on Pounce Consulting, S.A. de C.V. (Papazian Decl. ¶ 2, Ex. A.) Mr. Viera responded to counsel's email on the same day it was sent, however he did not indicate that Pounce Consulting, S.A. de C.V. would file a response to Cadence's First Amended Complaint. (*Id.*) Instead, Mr. Viera referred counsel for Cadence to an attorney for Pounce Consulting S.A. de C.V., Maria Jose Viera. Counsel for Cadence sent Ms. Viera Cadence's First Amended Complaint, Summons, and Proof of Service. (*Id.*) Ms. Viera did not respond to counsel's email or otherwise suggest that Pounce Consulting S.A. de C.V. would respond to Cadence's First Amended Complaint. (*Id.*)

Accordingly, Cadence requests that the Clerk enter default against Defendant Pounce Consulting S.A. de C.V.

| | | |
|---|---|---|
| DATED:  November 29, 2017 | By: | /s/ Steve Papazian |

Guy Ruttenberg
Steve Papazian
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
steve@ruttenbergiplaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I caused to be served counsel of record on November 29, 2017 with PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S APPLICATION TO ENTER DEFAULT UNDER FED. R. CIV. P. 55(a) AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V. via CM/ECF.

Executed on November 29, 2017 in San Francisco, California.

By:  */s/ Steve Papazian*
STEVE PAPAZIAN