HANSON BRIDGETT LLP
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
JANIE L. THOMPSON, SBN 291622
jthompson@hansonbridgett.com
HOLLY R. HANKS, SBN 313143
hhanks@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
POUNCE CONSULTING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>POUNCE CONSULTING, INC.; and POUNCE CONSULTING, S.A. de C.V., <br><br>　　　　Defendants. | Case No. 4:17-cv-4732-PJH <br><br> **NOTICE OF APPEARANCE OF HOLLY R. HANKS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please enter my appearance as counsel in this case for Defendant Pounce Consulting, Inc.

I certify that I am admitted to practice in this court.

DATED: February 7, 2018                   HANSON BRIDGETT LLP


By: _____*/s/ Holly R. Hanks*_____
　　HOLLY R. HANKS
　　Attorneys for Defendant
　　POUNCE CONSULTING, INC.

-1-                                                                 Case No. 4:17-cv-4732-PJH
NOTICE OF APPEARANCE OF HOLLY R. HANKS

14141508.1