Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*, <br><br> Plaintiff, <br><br> v. <br><br> POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*. <br><br> Defendants. | Case No. 4:17-cv-04732-PJH <br><br> **PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V.** <br><br> Date:  March 28, 2018 <br> Time:  9:00 am <br> Judge:  Hon. Phyllis J. Hamilton |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 28, 2018 at 9:00 a.m., or as soon thereafter as the Court allows, in Courtroom 3, located at 1301 Clay Street, Oakland, CA 94612, the Plaintiff Cadence Design Systems, Inc. ("Cadence") will and hereby move the Court to enter default judgment against Defendant Pounce Consulting, S.A. de C.V. ("Pounce SA").  Cadence's motion is supported by this Notice, the accompanying Memorandum of Points and Authorities, the Proposed Order, the Declaration of Guy Ruttenberg, the Declaration of Vinh Phan, the Declaration of Brian Alfaro, the other materials, Orders, declarations and pleadings on file with the Court, and any additional argument that may be heard or submitted including at oral argument.

Cadence brings this motion for entry of default judgment against Pounce SA and damages in the amount of $18,547,936.99, which consists of statutory damages for Pounce SA's DMCA violations, compensatory damages for lost licensing revenues, prejudgment interest, and attorneys' fees.

DATED:  February 15, 2017        By:        */s/ Guy Ruttenberg*

> Guy Ruttenberg
> RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
> 1801 Century Park East, Suite 1920
> Los Angeles, CA 90067
> Telephone: (310) 627-2270
> Facsimile: (310) 627-2260
> guy@ruttenbergiplaw.com
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I caused to be served counsel of record on February 15, 2018 with PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V. via CM/ECF.

Executed on February 15, 2018 in Minneapolis, Minnesota.

By:  */s/ Guy Ruttenberg*
GUY RUTTENBERG