**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>Plaintiff,<br><br>v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*.<br><br>Defendants. | Case No. 4:17-cv-04732-PJH<br><br>**DECLARATION OF BRIAN ALFARO IN SUPPORT OF PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V.**<br><br>Date:  March 28, 2018<br>Time:  9:00 am<br>Judge:  Hon. Phyllis J. Hamilton |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Brian Alfaro, declare as follows:

1. I am a Program Manager at Cadence Design Systems, Inc. ("Cadence" or "Plaintiff"). I have been a Program Manager at Cadence for approximately one-and-a-half years. Before that, I was a Senior License Review Manager with Hewlett Packard Enterprise. I have also been a License Compliance Manager at other software companies, including Wind River and Informatica. I received a Bachelor of Science in Business Administration from San Jose State University.

2. In my capacity as Program Manager, I am familiar with the technological measures Cadence has implemented to track unauthorized access and use of its software and tools. For example, I am familiar with the "phone home" monitoring system Cadence uses to track such access and use. I regularly review data relating to the "phone home" monitoring system as part of my role in Cadence's Compliance Department. I also am familiar with, and have access to, records and invoices identifying Cadence's customers, the licenses they have purchased and the software associated with those licenses.

3. In a basic transaction, a customer purchases a license to use Cadence's software. The customer receives an invoice indicating the type of license purchased, as well as a license file after the invoice is paid.

4. Cadence's licenses are for specific software or suites. To access or use additional Product Options for higher level design function, customers must purchase additional licenses.

### *Background of Cadence's Software*

5. Cadence offers programs to design, test, and "floorplan" printed circuit boards, including a software suite that enables the schematic design of electronic circuitry.

6. These schematics show how various components such as batteries, capacitors, resistors, diodes and similar technologies are connected on a conceptual level in an electronic circuit. An exemplary schematic using Cadence's Allegro software is depicted below:

///

///

///

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



7. Cadence's PSpice software enables engineers to simulate and verify circuitry designs by testing and modeling a circuit for a variety of contingencies, exposing flaws in a circuit design and ensuring (among other things) appropriate electronic input levels, timing, and accuracy.

8. Cadence's PSpice software can be integrated with its OrCAD software to test and model schematics. Cadence's OrCAD software allows a user to design the physical layout of electronic components on a printed circuit board. An exemplary image of a printed circuit board created using OrCAD is below:



This physical design (*i.e.*, "floorplanning") can be integrated with electronic schematics to, *inter alia*, create three-dimensional views of printed circuit boards. After finalizing a design, Cadence's

OrCAD software can export manufacturing data instructions in a variety of formats to fabricate the printed circuit board under design.

### *Steps for Installing Cadence's Software*

9. To begin the installation process, a user must agree to and accept the terms of the Cadence Design Systems, Inc. Software License and Maintenance Agreement ("the License Agreement"). If a user does not accept the terms of the License Agreement, or rejects the terms, he or she cannot install Cadence's License Manager.

10. Cadence's License Manager is required for a user to install Cadence's software. A user cannot install Cadence's software without first installing Cadence's License Manager (and before that, accepting the terms of the License Agreement).

11. If a user is installing Cadence's software on a single computer, the License Manager must be installed on that computer. If a user is installing Cadence's software on a network, the License Manager must be installed on a server accessible over the network such that each computer that will use the software is connected to the server with the License Manager installed.

12. Once the License Manager is installed (after accepting the terms of the License Agreement), the user must specify the location of a Cadence license file, or later use a License Server Configuration Utility to configure the appropriate licensing. A valid license file issued by Cadence is required for the user to install Cadence's software.

13. The valid license files (issued by Cadence) entered into the License Manager indicate how many licenses are available to that user, and which software has been licensed.

14. Once the license file has been specified to the License Manager, the user may install Cadence's software on its computers connected to the License Server.

15. After installing Cadence's software, the user again must accept the terms of the License Agreement. If the user does not accept the terms, or rejects the terms, he or she cannot finish installing Cadence's software.

/ / /

/ / /

/ / /

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

*Cadence's Data Tracking Measures*

16. Cadence has also implemented data tracking measures that transmit data to Cadence whenever unauthorized alterations or uses of Cadence's products are detected, including through the "phone home" monitoring system. To do so, Cadence has contracted with a third party, Revulytics, Inc. ("Revulytics"), an application security solutions provider. Through Revulytics' proprietary software, Cadence is able to detect, identify, and collect any online user that altered Cadence's software by circumventing the above-described license mechanism (*e.g.,* the License Manager), using counterfeit (*i.e.,* "cracked") license files/or and using Cadence's software without authorization.

17. At a high level, the "phone home" monitoring system works as follows. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

///

///

- ████████████████████████████████████████
████████████████████████████████████
██████████████████████████
- ████████████████████████████████████
████████████████████████████████████████
████████████████
- ████████████████████████████████████
████████████████████████████████████████████
████████████████
- ████████████████████████████████
- ████████████████████████████████████████
- ████████████████████████████████████████

19. ████████████████████████████████████████
████████████████████████████. It is the regular practice of Cadence to record this "phone home" data, which is collected in the regular course of Cadence's business activity and only when the software is tampered with. Cadence and Revulytics' servers record the "phone home" data at or near the time of unauthorized activity.

### *Pounce SA Has Accessed and Used Cadence's Software Without Authorization*

20. During Cadence's review of the data gathered by our "phone home" monitoring system, we detected 26 machines using Cadence's software without a valid license issued by Cadence. These machines were traced to Pounce SA.

21. **Hostname.** Cadence's "phone home" reports identified the following "hostnames." As seen below, several of the hostnames either contain the word "pounce" or otherwise contain the initials "pc," which is likely shorthand for "Pounce Consulting."

22. **Company Domain and Email Domain**. As mentioned above, ████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████ Cadence's "phone home" reports identified the domains

"corp.pounceconsulting.com" and "pounceconsulting.com" as associated with the machines bypassing Cadence's technological measures and using Cadence's software without authorization. These two domains resolve to Pounce SA's website www.pouncecorp.com. Moreover, several of the machines identified by the "phone home" reports indicate email domains associated with Pounce SA, such as "corp.pounceconsulting.com," "pounceconsulting.com," and "pouncecorp.com."

| Hostname | Mac1 | Mac2 | Company Domain | Email Domain |
|---|---|---|---|---|
| a202883 | 00212f3b8d70 | 705ab6bdb70d | corp.pounceconsulting.com | corp.pounceconsulting.com |
| a718981 | 00270e0cd63f | 08002700705e[i][v] | corp.pounceconsulting.com | pounceconsulting.com |
| a676119_ | b8aeed39cc78 | | corp.pounceconsulting.com | pounceconsulting.com |
| a556509 | b8aeed39a025 | | corp.pounceconsulting.com | corp.pounceconsulting.com |
| a779021 | 4cbb581aaa80 | 00fff0fca154[i][i] | corp.pounceconsulting.com | corp.pounceconsulting.com |
| a676119 | b8aeed39cc78 | | corp.pounceconsulting.com | pounceconsulting.com |
| a215379 | 1078d22489ca | | corp.pounceconsulting.com | pouncecorp.com |
| a852232 | 9c4e3664d924 | 9c4e3664d925 | corp.pounceconsulting.com | pounceconsulting.com |
| a786497-pe | 1078d2245fe0 | | corp.pounceconsulting.com | pounceconsulting.com |
| a975203 | 1078d22488e4 | | corp.pounceconsulting.com | pouncecorp.com |
| a270737 | 005056c00001[i][v] | 005056c00008[i][v] | corp.pounceconsulting.com | |
| a923868 | 000ffe50e3b0 | | corp.pounceconsulting.com | corp.pounceconsulting.com |
| a357709 | 00ff8a5abc17[i][i] | d0df9a1333d4 | corp.pounceconsulting.com | |
| angeles-pc | eca86b72a27c | | corp.pounceconsulting.com | |
| a852232 | 9c4e3664d924 | 9c4e3664d925 | pounceconsulting.com | pounceconsulting.com |
| a656031 | 1078d2248994 | | corp.pounceconsulting.com | |
| a884211 | 000ffe50e3b0 | 08002700ac93[i][v] | corp.pounceconsulting.com | pounceconsulting.com |
| a202883-pc | 00212f3b8d70 | 705ab6bdb70d | corp.pounceconsulting.com | |
| a270737 | 005056c00001[i][v] | 005056c00008[i][v] | pounceconsulting.com | |
| a975203 | 1078d22488e4 | | pounceconsulting.com | |

| | | | | |
|---|---|---|---|---|
| a718981 | 00270e0cd63f | 08002700705e[i][v] | pounceconsulting.com | pounceconsulting.com |
| a786497-pe | 1078d2245fe0 | | pounceconsulting.com | pounceconsulting.com |
| embedded2 | 00270e0cd63f | 08002700705e[i][v] | pounceconsulting.com | pounceconsulting.com |
| electronicsii | 1078d22488e4 | | pounceconsulting.com | pounceconsulting.com |
| pounce-59fdb41d | 005056c00001[i][v] | 005056c00008[i][v] | pounceconsulting.com | pounceconsulting.com |
| a375768 | 0013f7a790f8 | 005056c00001[i][v] | pounceconsulting.com | pounceconsulting.om |
| pounce-pc | 1078d28017d8 | | pounceconsulting.com | |
| electronics-pc | 005056c00001[i][v] | 005056c00008[i][v] | pounceconsulting.com | pounceconsulting.com |
| nicolas-i7pc | 24b6fd1ef452 | 4ceb42057a9e | pounceconsulting.com | htdevices.com |
| vnavarro | 00266c78ed9c | 0026b6f1f74f | pounceconsulting.com | |
| usuario-pe | 001111e50e88 | 005056c00001[i][v] | pounceconsulting.com | |

23. This detailed information shows that the above-referenced domains, email address extensions and machine names are associated with Pounce SA, and my analysis of data produced by the "phone home" monitoring system confirms as much.

24. Based upon my review of Cadence's customer records and invoices, Pounce SA does not have a license to use any of Cadence's software, including a license to any of the software accessed and/or used by the machines identified in the "phone home" data. Pounce SA has never had a license to access and/or use Cadence's software.

25. Notably, the phone-home reports only show the unauthorized uses that are actually detected. In my experience, once an unauthorized user becomes aware that we are tracking unauthorized uses through our phone-home software, the unauthorized user oftentimes disconnects from the internet while using the unlicensed software in order to avoid detection.

26. Cadence has not issued any invoices to Pounce SA because they have never purchased, or attempted to purchase, a valid license from Cadence.

27. As mentioned above, a valid license file issued by Cadence is required to install, and ultimately use, Cadence's software.

/ / /

28. Based upon my review of the "phone home" monitoring system data and Cadence's customer records and invoices, Pounce SA's access and use of Cadence's software is unauthorized.

29. I declare under penalty of perjury that the foregoing is true and correct. Executed this day, February 14, 2018, in San Jose, California.

By: _____
Brian Alfaro

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**CERTIFICATE OF SERVICE**

I certify that I caused to be served counsel of record on February 15, 2018 with DECLARATION OF BRIAN ALFARO IN SUPPORT OF PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V. via CM/ECF.

Executed on February 15, 2018 in Minneapolis, Minnesota.

By: */s/ Guy Ruttenberg*
GUY RUTTENBERG