Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>Plaintiff,<br><br>v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*.<br><br>Defendants. | Case No. 4:17-cv-04732-PJH<br><br>**DECLARATION OF VINH PHAN IN SUPPORT OF PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V.**<br><br>Date:   Mar. 28, 2018<br>Time:   9:00 am<br>Judge:  Hon. Phyllis J. Hamilton |

I, Vinh Phan, declare as follows:

1. I am a Principal Compliance Analyst at Cadence Design Systems, Inc. ("Cadence" or "Plaintiff"). I have been a Principal Compliance Analyst at Cadence for approximately two-and-a-half years. Before that, I worked in asset management and compliance at companies such as KMPG LLP, Kaiser Permanente IT, and Safeway. I received a Bachelor of Science in Business Administration from California State University-East Bay and a Master of Science in Computer Information Systems from the University of San Francisco. I offer this declaration to calculate damages in support of Cadence's Motion for Default Judgment against Pounce Consulting, S.A. de C.V. ("Pounce SA").

2. In my capacity as Principal Compliance Analyst, I review Cadence's financial information and customer contracts, including the amounts paid for licenses to use Cadence's software at any given time. I also am familiar with, and have access to, records and invoices identifying Cadence's customers and what licenses and/or software they have paid for.

3. I understand Cadence has brought causes of action for (1) copyright infringement, (2) circumvention of copyright protection systems and (3) breach of contract based on Pounce SA's use of Cadence's OrCAD, Allegro, and PSpice programs. I further understand that one measure of damages for these claims is the amount of lost licensing revenue that Pounce SA would have paid for its use of the Cadence Software. In practice, this is exactly how Cadence's Compliance Department quantifies the harm caused by infringers. In my years of experience at Cadence, we have been successful in recouping lost licensing revenue by identifying unauthorized uses of our software through our phone home system and confronting the unauthorized user with a demand that the user pay for past and current use of the relevant software.

4. I understand that Pounce SA does not have, and has never had, a license to use Cadence's software.

5. I have been asked to describe the amount of licensing fees necessary to compensate Cadence for the use of its software by Pounce SA, before interest. In the regular course of my work for Cadence in its Compliance Department, I am responsible for calculating the licensing fees owed

///

1  to Cadence for unauthorized use.  In total, I have performed these types of calculations for over 150
2  unauthorized users over the span of approximately two-and-a-half years.
3      6.   Any calculation of lost licensing revenue begins with an understanding of the scope
4  of infringement and the particular software programs at issue.  This information is provided in the
5  form of a "phone home" report, which summarizes all unauthorized uses particular to a given
6  company that is detected by the Cadence phone home software.  I note that Cadence's phone home
7  software only captures unauthorized uses by machines that are online.  For example, it is possible
8  that offline use of Cadence Software goes undetected.  For this reason, any calculation based solely
9  on a phone home report is a conservative estimate of a given company's unauthorized use of
10 Cadence software.
11     7.   In this case, Cadence has detected the use of its OrCAD, Allegro, and PSpice
12 software programs by Pounce SA.  In total, we have detected 6,933 unauthorized uses of Cadence
13 Software through 26 different computers associated with Pounce SA.  This information is
14 summarized in the table below, which I assembled based on the raw data from the phone home
15 system.  The "hostname" is the name of each Pounce SA machine assigned in its operating system.

| | Record Count | | | | |
|---|---|---|---|---|---|
| Hostname | License Server | Allegro | OrCAD | Pspice | Grand Total |
| a202883 | 26 | 16 | 58 | | 100 |
| a202883-pc | 6 | 4 | 6 | | 16 |
| a215379 | 12 | 3 | 14 | | 29 |
| a270737 | 42 | 38 | 24 | | 104 |
| a357709 | 38 | 14 | 39 | 2 | 93 |
| a375768 | 138 | 84 | 148 | 4 | 374 |
| a556509 | 116 | 192 | 51 | | 359 |
| a656031 | 1 | | 1 | | 2 |
| a676119 | 156 | 241 | 114 | 34 | 545 |
| a676119_ | 27 | 22 | 29 | 22 | 100 |
| a718981 | 189 | 295 | 114 | | 598 |
| a779021 | | 40 | 16 | | 56 |
| a786497-pe | 488 | 417 | 521 | 119 | 1545 |
| a852232 | 180 | 103 | 69 | 1 | 353 |

2
PHAN DECLARATION IN SUPPORT OF MOT. FOR DEFAULT JUDGMENT
4:17-cv-04732-PJH

| Hostname | | | | |
|---|---:|---:|---:|---:|---:|
| a884211 | 3 | 1 | 2 | 3 | 9 |
| a923868 | 2 | | 2 | | 4 |
| a975203 | 346 | 437 | 221 | | 1004 |
| angeles-pc | 5 | | 3 | 4 | 12 |
| electronicsii | 179 | 212 | 76 | | 467 |
| electronics-pc | 109 | 45 | 119 | 37 | 310 |
| embedded2 | 105 | 74 | 122 | 18 | 319 |
| nicolas-i7pc | 5 | 1 | 4 | 3 | 13 |
| pounce-59fdb41d | 149 | 166 | 87 | 2 | 404 |
| pounce-pc | 34 | 17 | 31 | 1 | 83 |
| usuario-pe | 9 | 13 | 11 | | 33 |
| vnavarro | 1 | | | | 1 |
| **Grand Total** | **2366** | **2435** | **1882** | **250** | **6933** |

As shown above, we detected 6,933 unauthorized uses of Cadence Software by Pounce SA.

8. To determine the number of licenses necessary for this use, however, we must calculate the number of annual licenses that would be sufficient to cover this use because Cadence licenses its software on an annual basis, not a per-use basis. To do so, I calculate the number of days spanning from a machine's first detected use to last detected use of Cadence Software. For example, as shown in the first row of data below, if a machine first used Cadence's Allegro program on January 6, 2014 and last used Allegro on March 30, 2016—a span of 815 days—they would need three annual licenses to account for this usage. My calculations for the number of licenses for Allegro, OrCAD, PSpice, and Product Options are presented below:

| Allegro | | | | | |
|---|---|---|---|---|---|
| Hostname | Earliest Event Date (Allegro) | Latest Event Date (Allegro) | Event Span (Allegro) | # of Years Infringed (Allegro) | Number of Allegro licenses needed |
| a202883 | 1/6/2014 | 3/30/2016 | 815 | 3 | 3 |
| a202883-pc | 12/18/2013 | 12/30/2013 | 13 | 1 | 1 |
| a215379 | 5/25/2015 | 7/30/2015 | 67 | 1 | 1 |
| a270737 | 11/29/2013 | 3/30/2015 | 487 | 2 | 2 |
| a357709 | 2/4/2014 | 1/28/2015 | 359 | 1 | 1 |
| a375768 | 10/5/2012 | 11/1/2013 | 393 | 2 | 2 |

PHAN DECLARATION IN SUPPORT OF MOT. FOR DEFAULT JUDGMENT
4:17-cv-04732-PJH

| Hostname | | | | | |
|---|---|---|---|---|---|
| a556509 | 6/22/2015 | 12/31/2015 | 193 | 1 | 1 |
| a676119 | 6/23/2015 | 10/29/2015 | 129 | 1 | 1 |
| a676119_ | 11/5/2015 | 1/15/2016 | 72 | 1 | 1 |
| a718981 | 11/29/2013 | 2/5/2016 | 799 | 3 | 3 |
| a779021 | 8/5/2015 | 12/23/2015 | 141 | 1 | 1 |
| a786497-pe | 10/9/2013 | 6/19/2015 | 619 | 2 | 2 |
| a852232 | 2/26/2014 | 7/16/2015 | 506 | 2 | 2 |
| a884211 | 3/4/2014 | 3/4/2014 | 1 | 1 | 1 |
| a975203 | 11/29/2013 | 6/18/2015 | 567 | 2 | 2 |
| electronicsii | 3/7/2013 | 11/27/2013 | 266 | 1 | 1 |
| electronics-pc | 3/7/2013 | 8/16/2013 | 163 | 1 | 1 |
| embedded2 | 3/7/2013 | 11/28/2013 | 267 | 1 | 1 |
| nicolas-i7pc | 6/10/2013 | 6/10/2013 | 1 | 1 | 1 |
| pounce-59fdb41d | 3/7/2013 | 11/25/2013 | 264 | 1 | 1 |
| pounce-pc | 7/19/2013 | 9/30/2013 | 74 | 1 | 1 |
| usuario-pe | 3/5/2013 | 4/4/2013 | 31 | 1 | 1 |
| | | | | **Total** | **31** |

| OrCAD | | | | | |
|---|---|---|---|---|---|
| Hostname | Earliest Event Date (OrCAD) | Latest Event Date (OrCAD) | Event Span (OrCAD) | # of Years Infringed (OrCAD) | Number of OrCAD licenses needed |
| a202883 | 2/12/2016 | 4/5/2016 | 54 | 1 | 1 |
| a202883-pc | 12/19/2013 | 1/2/2014 | 15 | 1 | 1 |
| a215379 | 5/25/2015 | 7/30/2015 | 67 | 1 | 1 |
| a270737 | 11/29/2013 | 4/15/2015 | 503 | 2 | 2 |
| a357709 | 1/2/2014 | 1/28/2015 | 392 | 2 | 2 |
| a375768 | 10/5/2012 | 11/1/2013 | 393 | 2 | 2 |
| a556509 | 6/22/2015 | 11/25/2015 | 157 | 1 | 1 |
| a656031 | 7/16/2014 | 7/16/2014 | 1 | 1 | 1 |
| a676119 | 6/22/2015 | 11/4/2015 | 136 | 1 | 1 |

| Hostname | | | | | |
|---|---|---|---|---|---|
| a676119_ | 11/4/2015 | 1/29/2016 | 87 | 1 | 1 |
| a718981 | 11/28/2013 | 1/14/2016 | 778 | 3 | 3 |
| a779021 | 8/4/2015 | 11/27/2015 | 116 | 1 | 1 |
| a786497-pe | 4/18/2013 | 6/19/2015 | 793 | 3 | 3 |
| a852232 | 2/26/2014 | 5/4/2015 | 433 | 2 | 2 |
| a884211 | 2/25/2014 | 3/4/2014 | 8 | 1 | 1 |
| a923868 | 1/30/2015 | 2/13/2015 | 15 | 1 | 1 |
| a975203 | 11/28/2013 | 6/17/2015 | 567 | 2 | 2 |
| angeles-pc | 6/25/2014 | 12/19/2014 | 178 | 1 | 1 |
| electronicsii | 3/7/2013 | 11/27/2013 | 266 | 1 | 1 |
| electronics-pc | 3/7/2013 | 8/30/2013 | 177 | 1 | 1 |
| embedded2 | 3/7/2013 | 11/26/2013 | 265 | 1 | 1 |
| nicolas-i7pc | 6/10/2013 | 6/12/2013 | 3 | 1 | 1 |
| pounce-59fdb41d | 3/7/2013 | 11/27/2013 | 266 | 1 | 1 |
| pounce-pc | 7/19/2013 | 9/26/2013 | 70 | 1 | 1 |
| usuario-pe | 3/5/2013 | 4/3/2013 | 30 | 1 | 1 |
| | | | | **Total** | **34** |

| PSpice | | | | | |
|---|---|---|---|---|---|
| Hostname | Earliest Event Date (Pspice) | Latest Event Date (Pspice) | Event Span (Pspice) | # of Years Infringed (Pspice) | Number of PSpice licenses needed |
| a357709 | 1/26/2015 | 1/28/2015 | 3 | 1 | 1 |
| a375768 | 5/21/2013 | 8/9/2013 | 81 | 1 | 1 |
| a676119 | 7/16/2015 | 10/28/2015 | 105 | 1 | 1 |
| a676119_ | 11/4/2015 | 11/10/2015 | 7 | 1 | 1 |
| a786497-pe | 4/18/2013 | 6/16/2015 | 790 | 3 | 3 |
| a852232 | 3/3/2014 | 3/3/2014 | 1 | 1 | 1 |
| a884211 | 2/25/2014 | 3/28/2014 | 32 | 1 | 1 |

| Hostname | Earliest Event Date | Latest Event Date | Event Span | # Years Infringed | Licenses needed |
|---|---|---|---|---|---|
| angeles-pc | 6/26/2014 | 12/19/2014 | 177 | 1 | 1 |
| electronics-pc | 4/24/2013 | 8/28/2013 | 127 | 1 | 1 |
| embedded2 | 4/17/2013 | 7/26/2013 | 101 | 1 | 1 |
| nicolas-i7pc | 6/11/2013 | 6/13/2013 | 3 | 1 | 1 |
| pounce-59fdb41d | 6/19/2013 | 6/20/2013 | 2 | 1 | 1 |
| pounce-pc | 9/9/2013 | 9/9/2013 | 1 | 1 | 1 |
|  |  |  |  | **Total** | **15** |

| **Product Options** ||||||
|---|---|---|---|---|---|
| Hostname | Earliest Event Date (Product Options) | Latest Event Date (Product Options) | Event Span (Product Options) | # of Years Infringed (Product Options) | Number of Product Options licenses needed |
| a202883 | 1/6/2014 | 4/5/2016 | 821 | 3 | 3 |
| a202883-pc | 12/18/2013 | 1/2/2014 | 16 | 1 | 1 |
| a215379 | 11/12/2014 | 7/30/2015 | 261 | 1 | 1 |
| a270737 | 11/29/2013 | 4/15/2015 | 503 | 2 | 2 |
| a357709 | 1/2/2014 | 1/28/2015 | 392 | 2 | 2 |
| a375768 | 10/5/2012 | 11/1/2013 | 393 | 2 | 2 |
| a556509 | 6/22/2015 | 12/30/2015 | 192 | 1 | 1 |
| a656031 | 7/16/2014 | 7/16/2014 | 1 | 1 | 1 |
| a676119 | 6/22/2015 | 11/4/2015 | 136 | 1 | 1 |
| a676119_ | 11/4/2015 | 1/29/2016 | 87 | 1 | 1 |
| a718981 | 11/28/2013 | 1/14/2016 | 778 | 3 | 3 |
| a786497-pe | 4/17/2013 | 6/19/2015 | 794 | 3 | 3 |
| a852232 | 2/26/2014 | 7/16/2015 | 506 | 2 | 2 |
| a884211 | 2/25/2014 | 3/28/2014 | 32 | 1 | 1 |
| a923868 | 1/30/2015 | 2/13/2015 | 15 | 1 | 1 |
| a975203 | 11/28/2013 | 6/18/2015 | 568 | 2 | 2 |
| angeles-pc | 3/10/2014 | 12/19/2014 | 285 | 1 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| electronicsii | 3/8/2013 | 11/27/2013 | 265 | 1 | 1 |
| electronics-pc | 3/7/2013 | 8/30/2013 | 177 | 1 | 1 |
| embedded2 | 3/7/2013 | 11/26/2013 | 265 | 1 | 1 |
| nicolas-i7pc | 6/10/2013 | 6/13/2013 | 4 | 1 | 1 |
| pounce-59fdb41d | 3/7/2013 | 11/25/2013 | 264 | 1 | 1 |
| pounce-pc | 7/19/2013 | 9/30/2013 | 74 | 1 | 1 |
| usuario-pe | 3/5/2013 | 4/4/2013 | 31 | 1 | 1 |
| vnavarro | 5/8/2013 | 5/8/2013 | 1 | 1 | 1 |
| | | | | **Total** | **36** |

In sum, as shown above, Pounce SA would need 31 annual licenses for Allegro, 34 annual licenses for OrCAD, 15 annual licenses for PSpice, and 36 annual licenses for product options to account for its use of these programs and features.

9. The amount of license fees to account for Pounce SA's past use of the Cadence Software can be calculated by multiplying the number of licenses needed by the list price for the corresponding software or features. The list prices for each are shown in the following table:

| Application Name | Annual List Price |
|---|---|
| Allegro | $11,030 |
| OrCAD | $1,520 |
| PSpice | $1,980 |
| Product Options | $10,000 |

With regard to Product Options, Cadence's regular practice is to estimate $10,000 of licensing revenue per unauthorized use of Cadence's Licensing Server. By "cracking" Cadence's License Server, an unauthorized user could unlock all "add-on" features in the relevant software program, such as Allegro, OrCAD, or PSpice. In doing so, the user unlocks thousands of dollars in additional product features. To present a conservative estimate of the value of the features used, we regularly estimate a "cracked" License Server to cost Cadence $10,000 in licensing revenue, which amounts

to approximately one-third of the actual value of the most common features unlocked by the user. A more extensive list of product options varies in price from $520 (Allegro(R) AMS Simulator SLPS option) to *$123,000* (Allegro PCB SI Analysis Backplane option).

10. Using these annual license prices, I calculate the damages caused by Pounce SA to be $783,310, before interest, as shown more fully below:

| Usage by Pounce SA | | | |
|---|---|---|---|
| Application Name | Qty | Annual List Price | Total |
| Allegro | 31 | $11,030 | $341,930 |
| OrCAD | 34 | $1,520 | $51,680 |
| PSpice | 15 | $1,980 | $29,700 |
| Product Options | 36 | $10,000 | $360,000 |
| | | Total | $ 783,310 |

11. In order to assess the full harm to Cadence, it is necessary to calculate the interest that has accrued on the unpaid license fees owed by Pounce SA. I am advised that California law provides for interest (in this case "prejudgment interest") of 10% annually. As discussed above, I used this interest rate to calculate interest on the license fees owed to Cadence by Pounce SA. Using our phone home reports I was able to determine the date of first use by each Pounce SA computer and the number of annual licenses that computer would need to account for Pounce SA's use of Cadence software. For example, if a Pounce SA computer first used Cadence software on January 1, 2015 and needed two annual licenses, I calculated a license payment due on January 1, 2015 and another payment due on January 1, 2016. I then calculated the period over which interest would accrue between the date the license payment was due and the date the Court is scheduled to hear Cadence's motion for default judgment (March 21, 2018). This allowed me to calculate prejudgment interest for the amounts owed for each license. Altogether, I calculated $302,332.99 in prejudgment interest, as shown below:

///

///

///

8
PHAN DECLARATION IN SUPPORT OF MOT. FOR DEFAULT JUDGMENT
4:17-cv-04732-PJH

| Pounce Hostname | Software | License Payment Due Date | Hearing Date | Time in Years | Annual License Price | Prejudgment Interest (10% Annual; Simple) |
|---|---|---|---|---|---|---|
| a202883 | Allegro | 1/6/2014 | 3/21/2018 | 4.205479452 | $11,030 | $4,638.64 |
| a202883 | Allegro | 1/6/2015 | 3/21/2018 | 3.205479452 | $11,030 | $3,535.64 |
| a202883 | Allegro | 1/6/2016 | 3/21/2018 | 2.205479452 | $11,030 | $2,432.64 |
| a202883-pc | Allegro | 12/18/2013 | 3/21/2018 | 4.257534247 | $11,030 | $4,696.06 |
| a215379 | Allegro | 5/25/2015 | 3/21/2018 | 2.824657534 | $11,030 | $3,115.60 |
| a270737 | Allegro | 11/29/2013 | 3/21/2018 | 4.309589041 | $11,030 | $4,753.48 |
| a270737 | Allegro | 11/29/2014 | 3/21/2018 | 3.309589041 | $11,030 | $3,650.48 |
| a357709 | Allegro | 2/4/2014 | 3/21/2018 | 4.126027397 | $11,030 | $4,551.01 |
| a375768 | Allegro | 10/5/2012 | 3/21/2018 | 5.460273973 | $11,030 | $6,022.68 |
| a375768 | Allegro | 10/5/2013 | 3/21/2018 | 4.460273973 | $11,030 | $4,919.68 |
| a676119 | Allegro | 6/23/2015 | 3/21/2018 | 2.745205479 | $11,030 | $3,027.96 |
| a676119_ | Allegro | 11/5/2015 | 3/21/2018 | 2.375342466 | $11,030 | $2,620.00 |
| a718981 | Allegro | 11/29/2013 | 3/21/2018 | 4.309589041 | $11,030 | $4,753.48 |
| a718981 | Allegro | 11/29/2014 | 3/21/2018 | 3.309589041 | $11,030 | $3,650.48 |
| a718981 | Allegro | 11/29/2015 | 3/21/2018 | 2.309589041 | $11,030 | $2,547.48 |
| a779021 | Allegro | 8/5/2015 | 3/21/2018 | 2.62739726 | $11,030 | $2,898.02 |
| a786497-pe | Allegro | 10/9/2013 | 3/21/2018 | 4.449315068 | $11,030 | $4,907.59 |
| a786497-pe | Allegro | 10/9/2014 | 3/21/2018 | 3.449315068 | $11,030 | $3,804.59 |
| a852232 | Allegro | 2/26/2014 | 3/21/2018 | 4.065753425 | $11,030 | $4,484.53 |
| a852232 | Allegro | 2/26/2015 | 3/21/2018 | 3.065753425 | $11,030 | $3,381.53 |
| a884211 | Allegro | 3/4/2014 | 3/21/2018 | 4.049315068 | $11,030 | $4,466.39 |
| a975203 | Allegro | 11/29/2013 | 3/21/2018 | 4.309589041 | $11,030 | $4,753.48 |
| a975203 | Allegro | 11/29/2014 | 3/21/2018 | 3.309589041 | $11,030 | $3,650.48 |
| electronicsii | Allegro | 3/7/2013 | 3/21/2018 | 5.04109589 | $11,030 | $5,560.33 |
| electronics-pc | Allegro | 3/7/2013 | 3/21/2018 | 5.04109589 | $11,030 | $5,560.33 |
| embedded2 | Allegro | 3/7/2013 | 3/21/2018 | 5.04109589 | $11,030 | $5,560.33 |
| nicolas-i7pc | Allegro | 6/10/2013 | 3/21/2018 | 4.780821918 | $11,030 | $5,273.25 |
| pounce-59fdb41d | Allegro | 3/7/2013 | 3/21/2018 | 5.04109589 | $11,030 | $5,560.33 |
| pounce-pc | Allegro | 7/19/2013 | 3/21/2018 | 4.673972603 | $11,030 | $5,155.39 |
| usuario-pe | Allegro | 3/5/2013 | 3/21/2018 | 5.046575342 | $11,030 | $5,566.37 |
| a202883 | License Server | 1/6/2014 | 3/21/2018 | 4.205479452 | $10,000 | $4,205.48 |
| a202883 | License Server | 1/6/2015 | 3/21/2018 | 3.205479452 | $10,000 | $3,205.48 |
| a202883 | License Server | 1/6/2016 | 3/21/2018 | 2.205479452 | $10,000 | $2,205.48 |
| a202883-pc | License Server | 12/18/2013 | 3/21/2018 | 4.257534247 | $10,000 | $4,257.53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| a215379 | License Server | 11/12/2014 | 3/21/2018 | 3.356164384 | $10,000 | $3,356.16 |
| a270737 | License Server | 11/29/2013 | 3/21/2018 | 4.309589041 | $10,000 | $4,309.59 |
| a270737 | License Server | 11/29/2014 | 3/21/2018 | 3.309589041 | $10,000 | $3,309.59 |
| a357709 | License Server | 1/2/2014 | 3/21/2018 | 4.216438356 | $10,000 | $4,216.44 |
| a357709 | License Server | 1/2/2015 | 3/21/2018 | 3.216438356 | $10,000 | $3,216.44 |
| a375768 | License Server | 10/5/2012 | 3/21/2018 | 5.460273973 | $10,000 | $5,460.27 |
| a375768 | License Server | 10/5/2013 | 3/21/2018 | 4.460273973 | $10,000 | $4,460.27 |
| a556509 | License Server | 6/22/2015 | 3/21/2018 | 2.747945205 | $10,000 | $2,747.95 |
| a656031 | License Server | 7/16/2014 | 3/21/2018 | 3.682191781 | $10,000 | $3,682.19 |
| a676119 | License Server | 6/22/2015 | 3/21/2018 | 2.747945205 | $10,000 | $2,747.95 |
| a676119_ | License Server | 11/4/2015 | 3/21/2018 | 2.378082192 | $10,000 | $2,378.08 |
| a718981 | License Server | 11/28/2013 | 3/21/2018 | 4.312328767 | $10,000 | $4,312.33 |
| a718981 | License Server | 11/28/2014 | 3/21/2018 | 3.312328767 | $10,000 | $3,312.33 |
| a718981 | License Server | 11/28/2015 | 3/21/2018 | 2.312328767 | $10,000 | $2,312.33 |
| a786497-pe | License Server | 4/17/2013 | 3/21/2018 | 4.928767123 | $10,000 | $4,928.77 |
| a786497-pe | License Server | 4/17/2014 | 3/21/2018 | 3.928767123 | $10,000 | $3,928.77 |
| a786497-pe | License Server | 4/17/2015 | 3/21/2018 | 2.928767123 | $10,000 | $2,928.77 |
| a852232 | License Server | 2/26/2014 | 3/21/2018 | 4.065753425 | $10,000 | $4,065.75 |
| a852232 | License Server | 2/26/2015 | 3/21/2018 | 3.065753425 | $10,000 | $3,065.75 |
| a884211 | License Server | 2/25/2014 | 3/21/2018 | 4.068493151 | $10,000 | $4,068.49 |
| a923868 | License Server | 1/30/2015 | 3/21/2018 | 3.139726027 | $10,000 | $3,139.73 |
| a975203 | License Server | 11/28/2013 | 3/21/2018 | 4.312328767 | $10,000 | $4,312.33 |
| a975203 | License Server | 11/28/2014 | 3/21/2018 | 3.312328767 | $10,000 | $3,312.33 |
| angeles-pc | License Server | 3/10/2014 | 3/21/2018 | 4.032876712 | $10,000 | $4,032.88 |

PHAN DECLARATION IN SUPPORT OF MOT. FOR DEFAULT JUDGMENT
4:17-cv-04732-PJH

| | | | | | | |
|---|---|---|---|---|---|---|
| electronicsii | License Server | 3/8/2013 | 3/21/2018 | 5.038356164 | $10,000 | $5,038.36 |
| electronics-pc | License Server | 3/7/2013 | 3/21/2018 | 5.04109589 | $10,000 | $5,041.10 |
| embedded2 | License Server | 3/7/2013 | 3/21/2018 | 5.04109589 | $10,000 | $5,041.10 |
| nicolas-i7pc | License Server | 6/10/2013 | 3/21/2018 | 4.780821918 | $10,000 | $4,780.82 |
| pounce-59fdb41d | License Server | 3/7/2013 | 3/21/2018 | 5.04109589 | $10,000 | $5,041.10 |
| pounce-pc | License Server | 7/19/2013 | 3/21/2018 | 4.673972603 | $10,000 | $4,673.97 |
| usuario-pe | License Server | 3/5/2013 | 3/21/2018 | 5.046575342 | $10,000 | $5,046.58 |
| vnavarro | License Server | 5/8/2013 | 3/21/2018 | 4.871232877 | $10,000 | $4,871.23 |
| a202883 | OrCAD | 2/12/2016 | 3/21/2018 | 2.104109589 | $1,520 | $319.82 |
| a202883-pc | OrCAD | 12/19/2013 | 3/21/2018 | 4.254794521 | $1,520 | $646.73 |
| a215379 | OrCAD | 5/25/2015 | 3/21/2018 | 2.824657534 | $1,520 | $429.35 |
| a270737 | OrCAD | 11/29/2013 | 3/21/2018 | 4.309589041 | $1,520 | $655.06 |
| a270737 | OrCAD | 11/29/2014 | 3/21/2018 | 3.309589041 | $1,520 | $503.06 |
| a357709 | OrCAD | 1/2/2014 | 3/21/2018 | 4.216438356 | $1,520 | $640.90 |
| a357709 | OrCAD | 1/2/2015 | 3/21/2018 | 3.216438356 | $1,520 | $488.90 |
| a375768 | OrCAD | 10/5/2012 | 3/21/2018 | 5.460273973 | $1,520 | $829.96 |
| a375768 | OrCAD | 10/5/2013 | 3/21/2018 | 4.460273973 | $1,520 | $677.96 |
| a556509 | OrCAD | 6/22/2015 | 3/21/2018 | 2.747945205 | $1,520 | $417.69 |
| a656031 | OrCAD | 7/16/2014 | 3/21/2018 | 3.682191781 | $1,520 | $559.69 |
| a676119 | OrCAD | 6/22/2015 | 3/21/2018 | 2.747945205 | $1,520 | $417.69 |
| a676119_ | OrCAD | 11/4/2015 | 3/21/2018 | 2.378082192 | $1,520 | $361.47 |
| a718981 | OrCAD | 11/28/2013 | 3/21/2018 | 4.312328767 | $1,520 | $655.47 |
| a718981 | OrCAD | 11/28/2014 | 3/21/2018 | 3.312328767 | $1,520 | $503.47 |
| a718981 | OrCAD | 11/28/2015 | 3/21/2018 | 2.312328767 | $1,520 | $351.47 |
| a779021 | OrCAD | 8/4/2015 | 3/21/2018 | 2.630136986 | $1,520 | $399.78 |
| a786497-pe | OrCAD | 4/18/2013 | 3/21/2018 | 4.926027397 | $1,520 | $748.76 |
| a786497-pe | OrCAD | 4/18/2014 | 3/21/2018 | 3.926027397 | $1,520 | $596.76 |
| a786497-pe | OrCAD | 4/18/2015 | 3/21/2018 | 2.926027397 | $1,520 | $444.76 |
| a852232 | OrCAD | 2/26/2014 | 3/21/2018 | 4.065753425 | $1,520 | $617.99 |
| a852232 | OrCAD | 2/26/2015 | 3/21/2018 | 3.065753425 | $1,520 | $465.99 |
| a884211 | OrCAD | 2/25/2014 | 3/21/2018 | 4.068493151 | $1,520 | $618.41 |
| a923868 | OrCAD | 1/30/2015 | 3/21/2018 | 3.139726027 | $1,520 | $477.24 |
| a975203 | OrCAD | 11/28/2013 | 3/21/2018 | 4.312328767 | $1,520 | $655.47 |
| a975203 | OrCAD | 11/28/2014 | 3/21/2018 | 3.312328767 | $1,520 | $503.47 |
| angeles-pc | OrCAD | 6/25/2014 | 3/21/2018 | 3.739726027 | $1,520 | $568.44 |
| electronicsii | OrCAD | 3/7/2013 | 3/21/2018 | 5.04109589 | $1,520 | $766.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| electronics-pc | OrCAD | 3/7/2013 | 3/21/2018 | 5.04109589 | $1,520 | $766.25 |
| embedded2 | OrCAD | 3/7/2013 | 3/21/2018 | 5.04109589 | $1,520 | $766.25 |
| nicolas-i7pc | OrCAD | 6/10/2013 | 3/21/2018 | 4.780821918 | $1,520 | $726.68 |
| pounce-59fdb41d | OrCAD | 3/7/2013 | 3/21/2018 | 5.04109589 | $1,520 | $766.25 |
| pounce-pc | OrCAD | 7/19/2013 | 3/21/2018 | 4.673972603 | $1,520 | $710.44 |
| usuario-pe | OrCAD | 3/5/2013 | 3/21/2018 | 5.046575342 | $1,520 | $767.08 |
| a357709 | Pspice | 1/26/2015 | 3/21/2018 | 3.150684932 | $1,980 | $623.84 |
| a375768 | Pspice | 5/21/2013 | 3/21/2018 | 4.835616438 | $1,980 | $957.45 |
| a676119 | Pspice | 7/16/2015 | 3/21/2018 | 2.682191781 | $1,980 | $531.07 |
| a676119_ | Pspice | 11/4/2015 | 3/21/2018 | 2.378082192 | $1,980 | $470.86 |
| a786497-pe | Pspice | 4/18/2013 | 3/21/2018 | 4.926027397 | $1,980 | $975.35 |
| a786497-pe | Pspice | 4/18/2014 | 3/21/2018 | 3.926027397 | $1,980 | $777.35 |
| a786497-pe | Pspice | 4/18/2015 | 3/21/2018 | 2.926027397 | $1,980 | $579.35 |
| a852232 | Pspice | 3/3/2014 | 3/21/2018 | 4.052054795 | $1,980 | $802.31 |
| a884211 | Pspice | 2/25/2014 | 3/21/2018 | 4.068493151 | $1,980 | $805.56 |
| angeles-pc | Pspice | 6/26/2014 | 3/21/2018 | 3.736986301 | $1,980 | $739.92 |
| electronics-pc | Pspice | 4/24/2013 | 3/21/2018 | 4.909589041 | $1,980 | $972.10 |
| embedded2 | Pspice | 4/17/2013 | 3/21/2018 | 4.928767123 | $1,980 | $975.90 |
| nicolas-i7pc | Pspice | 6/11/2013 | 3/21/2018 | 4.778082192 | $1,980 | $946.06 |
| pounce-59fdb41d | Pspice | 6/19/2013 | 3/21/2018 | 4.756164384 | $1,980 | $941.72 |
| pounce-pc | Pspice | 9/9/2013 | 3/21/2018 | 4.531506849 | $1,980 | $897.24 |
| | | | | | Total | $302,332.99 |

12.     With interest, the total harm to Cadence from the failure to pay these license fees is equal to $1,085,642.99.

13.     I declare under penalty of perjury that the foregoing is true and correct. Executed this day, February 14, 2018, in San Jose, CA.

By: _____
Vinh Phan

**CERTIFICATE OF SERVICE**

I certify that I caused to be served counsel of record on February 15, 2018 with DECLARATION OF VINH PHAN IN SUPPORT OF PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V. via CM/ECF.

Executed on February 15, 2018 in Minneapolis, Minnesota.

By:  */s/ Guy Ruttenberg*
         GUY RUTTENBERG

CERTIFICATE OF SERVICE