# Exhibit 1

# Ruttenberg IP Law
A Professional Corporation
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
EIN # ███████████
(310) 627-2270

Invoice submitted to:
Cadence Design Systems, Inc.
███████████████
███████████████

June 19, 2017

| | |
|---|---|
| Invoice # | 10426 |
| Firm Matter No.: | 1132-100        Pounce Consulting In |

Professional Services

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/7/2017 | CP | A104 | Review and analyze Cadence Design and potential legal strategies for litigations re software piracy matter | 3.40 360.00/hr | NO CHARGE |
| | GR | A106 | Telephone conference with Vinod Moza and Brian Alfaro re ███████████████████████; confer with C. Pasich re same; prepare for call. | 1.00 575.00/hr | NO CHARGE |
| 2/8/2017 | CP | A102 | Research and draft email re Cadence Design and potential causes of action resulting from unauthorized license bypass. | 4.20 360.00/hr | NO CHARGE |
| 2/9/2017 | CP | A104 | Review and analyze potential arguments for potential litigations involving Cadence Design. | 1.50 360.00/hr | NO CHARGE |
| 2/10/2017 | CP | A102 | Research case law ████████████████████████████████████████████ | 1.70 360.00/hr | NO CHARGE |
| 2/27/2017 | CP | A103 | Begin drafting complaint re Cadence Design System's claims for copyright violations against Pounce Consulting. | 0.80 360.00/hr | NO CHARGE |
| 2/28/2017 | CP | A103 | Continue drafting complaint re Cadence Design System's claims for copyright violations against Pounce Consulting. | 4.20 360.00/hr | NO CHARGE |
| 3/1/2017 | CP | A103 | Continue drafting and revising complaint for Cadence Design Systems against Pounce Consulting. | 1.40 360.00/hr | NO CHARGE |
| 3/2/2017 | CP | A106 | Communicate with B. Alforo and V. Moza re additional background facts for use in drafting complaint. | 0.60 360.00/hr | NO CHARGE |
| | CP | A103 | Continue drafting and revising complaint for Cadence Design Systems against Pounce Consulting. | 0.60 360.00/hr | NO CHARGE |
| 3/4/2017 | CP | A103 | Continue drafting and revising complaint for Cadence Design Systems against Pounce Consulting. | 1.50 360.00/hr | NO CHARGE |

Cadence Design Systems, Inc.                                                                     Page    2

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/5/2017 | CP | A103 | Continue drafting and revising complaint for Cadence Design Systems against Pounce Consulting. | 1.30 360.00/hr | NO CHARGE |
| 3/6/2017 | CP | A103 | Continue draft and revising complaint for Cadence v. Pounce matter. | 4.90 360.00/hr | NO CHARGE |
| 3/7/2017 | CP | A103 | Continue draft and revising complaint for Cadence v. Pounce matter. | 0.40 360.00/hr | NO CHARGE |
| 3/8/2017 | CP | A103 | Continue draft and revising complaint for Cadence v. Pounce matter. | 3.20 360.00/hr | NO CHARGE |
| 3/9/2017 | CP | A103 | Continue draft and revising complaint for Cadence v. Pounce matter. | 2.70 360.00/hr | NO CHARGE |
| 3/10/2017 | CP | A103 | Continue draft and revising complaint for Cadence v. Pounce matter. | 0.60 360.00/hr | NO CHARGE |
| 3/21/2017 | CP | A106 | Communicate with B. Alfaro ███████████████ ████████████████████ | 0.30 360.00/hr | NO CHARGE |
| 3/28/2017 | CP | A104 | Review Cadence Software document from B. Alfaro re analytics software. | 0.30 360.00/hr | NO CHARGE |
| 4/18/2017 | CP | A104 | Review and analyze ████████████████ ████████████Cadence Design systems claims against Pounce Consulting. | 0.40 360.00/hr | NO CHARGE |
| 4/19/2017 | CP | A104 | Review case materials for Cadence Design Systems v. Pounce potential matter. | 0.30 360.00/hr | NO CHARGE |
| 4/21/2017 | CP | A103 | Revise draft complaint for Cadence Design Systems v. Pounce matter. | 1.00 360.00/hr | NO CHARGE |
| 5/4/2017 | CP | A103 | Revise draft complaint for potential Cadence Design Systems litigation against Pounce Consulting. | 0.50 360.00/hr | NO CHARGE |
| 5/8/2017 | CP | A102 | Research case law re ██████████████████ ███████████████████████████ for Cadence Design Systems. | 1.90 360.00/hr | 684.00 |
| 5/9/2017 | CP | A102 | Research case law re █████████████ DMCA circumvention of copyright protection systems statutes for Cadence Design Systems. | 1.20 360.00/hr | NO CHARGE |
| 5/10/2017 | CP | A103 | Revise draft complaint for Cadence Design Systems potential litigation against Pounce Consulting. | 0.20 360.00/hr | NO CHARGE |
| 5/11/2017 | CP | A103 | Revise draft complaint for Cadence Design Systems potential litigation against Pounce Consulting. | 0.20 360.00/hr | NO CHARGE |

Cadence Design Systems, Inc.                                                                              Page    3

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/12/2017 | CP | A103 | Revise draft complaint for Cadence Design Systems potential litigation against Pounce Consulting. | 0.80 360.00/hr | NO CHARGE |
| | CP | A104 | Analyze ███████████████████████████████ for Cadence Design Systems potential litigation against Pounce Consulting. | 1.00 360.00/hr | 360.00 |
| 5/15/2017 | CP | A106 | Communicate with B. Alfaro re ███████ for Cadence Design Systems litigation against Pounce. | 0.10 360.00/hr | 36.00 |
| 6/23/2017 | CP | A106 | Communicate with B. Alforo and V. Moza re ██████████ of Cadence Design Systems matter. | 0.10 360.00/hr | 36.00 |
| 6/30/2017 | CP | A102 | Update research on case law re ██████████ under DMCA for circumvention of copyright protection for Cadence Design v. Pounce matter. | 0.60 360.00/hr | 216.00 |
| | CP | A104 | Analyze ███████████████████████ for Cadence Design Systems matter under ████████ | 1.00 360.00/hr | 360.00 |
| 7/5/2017 | GR | A106 | Telephone conference with client (B. Alfaro) and team member (C. Pasich) re ████████████ ████████████████ | 0.50 575.00/hr | 287.50 |
| | CP | A102 | Research case law re ██████████████ ██████ for copyright cases in the Northern District of California for Cadence Design Systems case. | 2.90 360.00/hr | 1,044.00 |
| | CP | A106 | Communicate with B. Alfaro re ████████████ ████████████████ for Cadence Design Systems matter in Northern District of California. | 0.80 360.00/hr | 288.00 |
| | CP | A104 | Analyze ████████████████████████ for Cadence Design Systems matter. | 1.70 360.00/hr | 612.00 |
| | CP | A106 | Communicate with B. Alfaro re ██████████████ ████████ for Cadence Design Systems matter. | 0.60 360.00/hr | 216.00 |
| 7/6/2017 | CP | A103 | Revise draft complaint for Northern District of California litigation in Cadence Design Systems matter. | 0.40 360.00/hr | 144.00 |
| | CP | A106 | Communicate with B. Alfaro re ██████████████ for initiating litigation in Cadence Design Systems matter. | 0.70 360.00/hr | 252.00 |
| | CP | A104 | Analyze damages model for ██████████████ in Cadence Design Systems matter. | 0.50 360.00/hr | 180.00 |
| 7/7/2017 | JN | A103 | Review and revise draft of complaint; confer with C. Pasich and G. Ruttenberg re same. | 2.30 225.00/hr | NO CHARGE |

Cadence Design Systems, Inc.                                                                          Page    4

|            |    |      |                                                                                                          | Hrs/Rate | Amount |
|------------|----|------|----------------------------------------------------------------------------------------------------------|----------|--------|
| 7/7/2017 | GR | A105 | Confer with team members (C. Pasich and J. Nafekh) re complaint and ██████████ | 0.30 575.00/hr | 172.50 |
| | CP | A103 | Revise draft complaint for Northern District of California litigation in Cadence Design Systems matter. | 2.80 360.00/hr | 1,008.00 |
| | CP | A106 | Communicate with B. Alfaro re ████████████ for initiating litigation in Cadence Design Systems matter. | 1.20 360.00/hr | 432.00 |
| 7/10/2017 | JN | A102 | Continue research regarding ██████████████ confer with C. Pasich re same. | 2.40 225.00/hr | 540.00  **NS** |
| | GR | A104 | Review draft Complaint; analyze ██████████ confer with C. Pasich re same. | 1.00 575.00/hr | 575.00 |
| | CP | A103 | Revise draft complaint for copyright infringement, DMCA violations, and breach of contract. | 1.00 360.00/hr | 360.00 |
| 7/11/2017 | JN | A102 | Research regarding ████████████████████ ██████. | 3.50 225.00/hr | NO CHARGE |
| | CP | A102 | Research case law and potential arguments re copyright infringement for downloading and obtaining unauthorized, cracked software. | 0.70 360.00/hr | 252.00 |
| | CP | A103 | Revise draft complaint for copyright infringement, DMCA violations, and breach in contract to include ██████ ██████████████████████████████ ██████████████████. | 5.00 360.00/hr | 1,800.00 |
| | CP | A106 | Communicate with B. Alfaro re ████████████████ ██████. | 0.20 360.00/hr | 72.00 |
| 7/12/2017 | JN | A102 | Research regarding ████████████████████████ | 2.50 225.00/hr | NO CHARGE |
| | CP | A103 | Revise draft complaint for copyright infringement, DMCA violations, and breach of contract claims. | 1.50 360.00/hr | 540.00 |
| | CP | A102 | Research case law re ██████ ██████ for DMCA and copyright infringement claims; reearch case law re ████████████ copyright and DMCA claims; research case law re ████████████████ ██████████████████ Cadence software. | 4.80 360.00/hr | 1,728.00 |

Cadence Design Systems, Inc.                                                                                      Page    5

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/13/2017 | JN | A102 | Continue research ███████████████████ █████████; begin draft of █████████████████ | 3.70 225.00/hr | NO CHARGE |
| | CP | A103 | Revise draft complaint for copyright infringement, DMCA violations, and breach of contract claims to include ████████ ██████████████████ | 4.40 360.00/hr | 1,584.00 |
| | CP | A105 | Communicate with G. Ruttenberg re draft complaint. | 0.40 360.00/hr | 144.00 |
| | CP | A106 | Communicate with B. Alfaro re ████████████████ ███████████████████████████ | 0.20 360.00/hr | 72.00 |
| | CP | A103 | Draft ████████████████ re potential causes of action to be asserted in litigation in Northern District of California. | 2.40 360.00/hr | 864.00 |
| | GR | A103 | Review and revise draft Complaint; analyze potential causes of action; confer with team members re same; conduct factual research re ongoing infringement by Pounce. | 3.00 575.00/hr | 1,725.00 |
| 7/14/2017 | JN | A103 | Continue drafting ███████████████ █████████████; review draft of complaint. | 1.20 225.00/hr | NO CHARGE |
| | CP | A103 | Draft ████████████████ re potential causes of action to be asserted in litigation in Northern District of California. | 4.40 360.00/hr | 1,584.00 |
| | GR | A103 | Further review and revisions of draft Complaint against Pounce; confer with client (B. Alfaro) and team member (C. Pasich), as well as ████████████████ | 2.30 575.00/hr | 1,322.50 |
| 7/17/2017 | GR | A104 | Analyze potential claims for ███████████████ █████████; analyze Complaint; email D. Torres re prior correspondence. | 0.80 575.00/hr | 460.00 |
| | CP | A103 | Revise draft complaint for copyright infringement, DMCA violations, breach of contract, and RICO claims. | 0.80 360.00/hr | 288.00 |
| | CP | A102 | Research case law re █████████████████████ ██████████████████████ | 1.40 360.00/hr | 504.00 |
| | CP | A104 | Review communications between Pounce and Cadence relating to demand letter and discovery of Pounce infringement. | 0.80 360.00/hr | 288.00 |

Cadence Design Systems, Inc.                                                                          Page    6

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/18/2017 | CP | A104 | Review communications between Pounce and Cadence relating to demand letter and discovery of Pounce infringement. | 1.80 360.00/hr | 648.00 |
|  | CP | A102 | Research case law re ████████████████ DMCA violations. | 0.30 360.00/hr | 108.00 |
|  | CP | A103 | Draft ████████████████ re potential causes of action to be asserted in litigation in Northern District of California. | 1.30 360.00/hr | 468.00 |
|  | GR | A104 | Review ██████ correspondence with Pounce; confer with team member (C. Pasich) re same; analyze draft Complaint against Pounce. | 2.00 575.00/hr | 1,150.00 |
| 7/19/2017 | CP | A103 | Draft ████████████████████████████████████████ | 3.90 360.00/hr | 1,404.00 |
|  | CP | A102 | Research case law ████████████████ copyright and DMCA causes of action. | 2.70 360.00/hr | 972.00 |
| 7/20/2017 | CP | A103 | Draft ████████████████████████████ re potential Pounce litigation. | 5.10 360.00/hr | 1,836.00 |
|  | CP | A107 | Communicate with ████████████████████████ for Cadence software. | 0.30 360.00/hr | 108.00 |
|  | CP | A103 | Draft and revise complaint for Northern District of California against Pounce. | 1.20 360.00/hr | 432.00 |
| 7/21/2017 | CP | A103 | Draft and revise complaint for Northern District of California against Pounce. | 3.00 360.00/hr | 1,080.00 |
|  | CP | A102 | Research case law re ████████████ DMCA and copyright infringement claims. | 0.80 360.00/hr | 288.00 |
| 7/24/2017 | CP | A102 | Research case law re ████████████ DMCA and copyright infringement claims. | 2.60 360.00/hr | 936.00 |
| 7/27/2017 | CP | A103 | Draft ████████████████ re potential causes of action in Northern District of California litigation. | 0.50 360.00/hr | 180.00 |
|  | CP | A103 | Draft and revise complaint for Cadence v. Pounce litigation in Northern District of California. | 3.30 360.00/hr | 1,188.00 |
| 7/28/2017 | CP | A103 | Draft complaint for Northern District of California litigation. | 0.50 360.00/hr | 180.00 |
|  | CP | A105 | Communicate with G. Ruttenberg re ████████ for Cadence complaint. | 0.10 360.00/hr | 36.00 |

Cadence Design Systems, Inc.                                                                                     Page    7

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/28/2017 | CP | A106 | Communicate with B. Alfaro re ██████████ for complaint. | 1.20 360.00/hr | 432.00 |
|  | GR | A104 | Further review and analysis of drat Complaint; confer with team member (C. Pasich) ██████ telephone conference with client (B. Alfaro) re ███████ finalizing Complaint and filing same. | 1.00 575.00/hr | 575.00 |
|  |  | **For professional services rendered** |  | **138.60** | **$33,051.50** |

Additional Charges :

| 2/28/2017 | Court Fees to download case related documents - February 2017; Pacer | 15.00 |
|---|---|---|
| 3/31/2017 | Court Fees to download case related documents - March 2017; Pacer | 0.50 |
| 4/30/2017 | Court Fees to download case related documents - April 2017; Pacer | 6.00 |
|  | Photocopies of case related documents - April 2017 | 1.20 |
| 5/31/2017 | Online Research - May 2017; Westlaw | 36.94 |
| 6/30/2017 | Online Research - June 2017; Westlaw | 22.47 |
| 7/31/2017 | Photocopies of case related documents - July 2017 | 3.20 |
|  | Court Fees to download case related documents - July 2017; Pacer | 26.60 |
|  | Online Research - July 2017; Westlaw | 272.14 |
|  | **Total additional charges** | **$384.05** |
|  | **Total amount of this bill** | **$33,435.55** |
|  | Balance due | $33,435.55 |

Thank you for your Business.

# Ruttenberg IP Law
### A Professional Corporation
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
EIN # ██████████
(310) 627-2270

Invoice submitted to:
Cadence Design Systems, Inc.
████████████
████████████

September 6, 2017

| Invoice # | 10435 | |
|---|---|---|
| Firm Matter No.: | 1132-100 | Pounce Consulting Investigation |

Professional Services

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/2/2017 | CP | A104 | Review ████████████████████ re methods of cracking Cadence software. | 2.10 360.00/hr | 756.00 |
| | CP | A103 | Revise draft complaint for copyright infringement to include ███████████████████████ ████████████ | 2.90 360.00/hr | 1,044.00 |
| 8/3/2017 | CP | A103 | Revise draft complaint for copyright infringement to include ████████████████████████ ████████ | 3.03 360.00/hr | 1,092.00 |
| 8/7/2017 | CP | A103 | Revise draft complaint for copyright infringement to include █████████████ | 1.40 360.00/hr | 504.00 |
| | GR | A103 | Further revisions to draft Complaint. | 0.80 575.00/hr | 460.00 |
| 8/9/2017 | WS | A103 | Assist C. Pasich with drafting and revising Complaint, Civil Cover Sheet, Proposed Summons and Notice of Interested Parties per G. Ruttenberg. | 1.50 195.00/hr | 292.50 |
| | CP | A103 | Revise draft complaint for copyright infringement to include ██████████████████████ copyright causes of action. | 0.40 360.00/hr | 144.00 |
| | CP | A106 | Communicate with B. Alfaro re █████████████████ ████████████ | 0.30 360.00/hr | 108.00 |
| | CP | A103 | Review and revise required documents to be filed alongside complaint in Northern District of California. | 1.03 360.00/hr | 372.00 |

Cadence Design Systems, Inc.                                                                                           Page    2

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/10/2017 | WS | A103 | Assist C. Pasich with further drafting and revisions to Complaint, Civil Cover Sheet, Proposed Summons and Notice of Interested Parties per G. Ruttenberg. | 0.50 195.00/hr | 97.50 |
| | CP | A103 | Revise draft complaint to include ████████████ ████████████ | 0.40 360.00/hr | 144.00 |
| | CP | A106 | Communicate with B. Alfaro re ████████████████ ████████████ | 0.20 360.00/hr | 72.00 |
| | GR | A105 | Confer with team member (C. Pasich) re ██████████ finalizing Complaint. | 0.20 575.00/hr | 115.00 |
| 8/11/2017 | WS | A103 | Assist C. Pasich with further drafting and revisions to Complaint, Civil Cover Sheet, Proposed Summons and Notice of Interested Parties per G. Ruttenberg; review Northern District of California local rules re filing a complaint. | 1.00 195.00/hr | 195.00 |
| | CP | A106 | Telephone conference with B. Alfaro re ████████████ ████████████████. | 0.70 360.00/hr | 252.00 |
| | CP | A103 | Revise draft complaint for litigation in Northern District of California. | 0.90 360.00/hr | 324.00 |
| | CP | A106 | Communicate with B. Alfaro and V. Moza re ████████████ ████████████ | 0.20 360.00/hr | 72.00 |
| | GR | A103 | Further revisions to draft Complaint; analyze ████████████ ████████████ confer with clients re finalizing Complaint for filing. | 1.00 575.00/hr | 575.00 |
| 8/13/2017 | GR | A106 | Analyze confidentiality of ██████████████ correspond with client (V. Moza) re ████████████████ and revisions to draft Complaint re same. | 0.50 575.00/hr | 287.50 |
| 8/14/2017 | CP | A103 | Draft complaint for litigation in Northern District of California. | 2.00 360.00/hr | 720.00 |
| | GR | A103 | Confer with client (V. Moza) re draft ████████████ for litigation against Pounce Consulting; ██████████ revise draft Complaint. | 1.50 575.00/hr | 862.50 |
| 8/15/2017 | WS | A103 | Assist C. Pasich with finalizing, filing and serving Complaint and other case initiating documents; review local filing procedures re same; confer with clerk of court re proposed summons. | 2.60 195.00/hr | 507.00 |

Cadence Design Systems, Inc.                                                                    Page    3

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/15/2017 | CP | A103 | Draft complaint for litigation in Northern District of California. | 1.00 360.00/hr | 360.00 |
|  | CP | A102 | Research ███████████████████████ in Pounce Consulting; research ███████████ ████████████████ in Pounce subsidiaries; research ███████████████████████ between Pounce of other entities. | 3.50 360.00/hr | 1,260.00 |
|  | GR | A103 | Finalize Complaint against Pounce and related documents; various discussions with clients and team members re finalizing same; analyze service of Complaint. | 1.50 575.00/hr | 862.50 |
| 8/16/2017 | GR | A106 | Confer with client re service and complaint. | 0.20 575.00/hr | 115.00 |
| 8/17/2017 | WS | A108 | Confer with clerk of court re issuance of summons; confer with process server company to arrange service of Pounce Consulting in San Diego, CA; download and review Magistrate Consent Form from ND Cal. | 1.10 195.00/hr | 214.50 |
|  | CP | A103 | Finalize complaint and other associated documents for filing in Northern District of California. | 2.30 360.00/hr | 828.00 |
| 8/18/2017 | CP | A103 | Review and finalize service of complaint and related documents on Pounce. | 0.80 360.00/hr | 288.00 |
| 8/21/2017 | CP | A103 | Review proof of service of complaint and related documents on Pounce. | 0.40 360.00/hr | 144.00 |
| 8/22/2017 | WS | A108 | Confer with process server company re proof of service of complaint and summons documentation; revise document re same. | 0.60 195.00/hr | 117.00 |
| 8/23/2017 | WS | A108 | Confer with process server company re proof of service of complaint and summons documentation; revise document re same. | 0.40 195.00/hr | 78.00 |
| 8/24/2017 | CP | A102 | Research background information re Magistrate Judge Kim. | 0.80 360.00/hr | 288.00 |
|  | WS | A108 | Confer with process server company re proof of service of complaint and summons documentation; revise documents re same. | 0.70 195.00/hr | 136.50 |
| 8/25/2017 | CP | A102 | Research background information re Magistrate Judge Kim. | 1.50 360.00/hr | 540.00 |
| 8/29/2017 | CP | A103 | Revise and review proof of service and declination of magistrate judge jurisdiction. | 0.30 360.00/hr | 108.00 |

Cadence Design Systems, Inc.

Page    4

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 8/29/2017 | WS | A103 | Assist C. Pasich with finalizing, filing and serving Consent to Magistrate form and Proof of Service of Summons and Complaint; confer with legal services provider re distribution of chamber's copy set. | 0.70 195.00/hr | 136.50 |
| | GR | A104 | Analyze proof of service and declination of assignment to Magistrate Judge. | 0.10 575.00/hr | 57.50 |
| 8/31/2017 | CP | A102 | Research background and opinions from Judge Hamilton. | 1.10 360.00/hr | 396.00 |
| | | **For professional services rendered** | | **42.16** | **$14,925.50** |

Additional Charges :

| | | Amount |
|---|---|---|
| 8/31/2017 | Photocopies of case related documents - August 2017 | 5.30 |
| | Online Research - August 2017; Westlaw | 14.41 |
| | Court Fees to download case related documents - August 2017; Pacer | 3.30 |
| | **Total additional charges** | **$23.01** |
| | **Total amount of this bill** | **$14,948.51** |
| | **Previous balance** | **$33,435.55** |
| | Balance due | $48,384.06 |

Thank you for your Business.

# Ruttenberg IP Law
A Professional Corporation
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
EIN # ███████████
(310) 627-2270

Invoice submitted to:
Cadence Design Systems, Inc.
████████████
████████████

November 16, 2017

Invoice #        10451

Firm Matter No.:    1132-100        Pounce Consulting Investigation

Professional Services

| Date | | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/5/2017 | CP | A104 | Review case deadlines and scheduling order to determine upcoming deadlines; review local rules and standing orders to appropriately calendar deadlines. | 0.60 360.00/hr | 216.00 |
| | CP | A103 | Draft ███████████████ be used during litigation. | 1.70 360.00/hr | 612.00 |
| 9/6/2017 | CP | A103 | Revise █████████████ for Pounce litigation. | 1.70 360.00/hr | 612.00 |
| 9/7/2017 | CP | A103 | Draft ████████████████ | 0.60 360.00/hr | NO CHARGE |
| 9/8/2017 | CP | A103 | Draft ███████████████ | 1.20 360.00/hr | NO CHARGE |
| | GR | A104 | Review correspondence from Pounce's counsel re relationship of various Pounce entities; draft response to same; analyze relationships of Cadence USA and Cadence Mexico; analyze service information; confer with C. Pasich, D. Torres and clients re same; confer with client (V. Moza) re Pounce's request for extension. | 1.50 575.00/hr | 862.50 |
| 9/12/2017 | GR | A107 | Various correspondence with Defendants' counsel (S. Darmstadter) re identity of defendants; confer with team member (C. Pasich) re same. | 0.30 575.00/hr | 172.50 |
| 9/19/2017 | CP | A103 | Revise ████████████████████ | 1.00 360.00/hr | 360.00 |

Cadence Design Systems, Inc.                                                                    Page    2

|            |    |      |                                                                                          | Hrs/Rate       | Amount    |
|------------|----|------|------------------------------------------------------------------------------------------|----------------|-----------|
| 9/25/2017  | CP | A106 | Communicate with B. Alfaro and J. Lico re ███████████ ████████                            | 0.40<br>360.00/hr | 144.00   |
|            | CP | A106 | Review █████████████████████████ █████████████████.                                       | 0.10<br>360.00/hr | 36.00    |
|            | GR | A106 | Confer with clients re ███████████████ ███████████████████.                               | 0.60<br>575.00/hr | 345.00   |
| 9/26/2017  | CP | A108 | Communicate with opposing counsel re named defendants in litigation.                      | 0.60<br>360.00/hr | 216.00   |
|            | GR | A107 | Further correspondence with Defendants' counsel (S. Darmstadter) re identity of defendants and other litigation matters; analyze same, issues relating to relationship of Pounce USA and Pounce Mexico. | 0.50<br>575.00/hr | 287.50 |
| 9/28/2017  | CP | A104 | Review Pounce's answer to the complaint.                                                  | 0.40<br>360.00/hr | 144.00   |
|            | GR | A104 | Review and analyze Answer; confer with team members re same.                              | 0.30<br>575.00/hr | 172.50   |

|                                          | Hrs/Rate | Amount      |
|------------------------------------------|----------|-------------|
| **For professional services rendered**   | **11.50** | **$4,180.00** |

Additional Charges :

|           |                                                                                                                                                                                 | Amount   |
|-----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
| 9/1/2017  | Court Fee for filing Complaint - US District Court (Northern District) in Los Angeles, CA (August 15, 2017); Pay.gov                                                            | 400.00   |
|           | Attorney Service Fee to Serve Summons & Complaint to Pounce Consulting, Inc. in San Diego, CA (Invoice Dated August 17, 2017); Nationwide Legal, Invoice No. 157443             | 222.08   |
|           | Attorney Service Fee to Deliver Courtesy Copy of Proof of Service - US District Court (Northern District) in San Francisco, CA (Invoice Dated August 30, 2017); Nationwide Legal, Invoice No. 157443 | 27.00    |
|           | Attorney Service Fee to Deliver Courtesy Copy of Complaint - US District Court (Northern District) in San Francisco, CA (Invoice Dated August 16, 2017); Nationwide Legal, Invoice No. 157443 | 50.00    |
| 9/30/2017 | Photocopies of case related documents - September 2017                                                                                                                          | 0.50     |

|                                 | Amount      |
|---------------------------------|-------------|
| **Total additional charges**    | **$699.58**  |
| **Total amount of this bill**   | **$4,879.58** |

# Ruttenberg IP Law
A Professional Corporation
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
EIN # ██████████
(310) 627-2270

Invoice submitted to:
Cadence Design Systems, Inc.
████████████
████████████

November 17, 2017

Invoice #         10467
Firm Matter No.:  1132-100        Pounce Consulting Investigation

Professional Services

|            |    |      |                                                                                                                                                              | Hrs/Rate         | Amount    |
|------------|----|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 10/11/2017 | CP | A103 | Draft first amended Complaint adding in Pounce Mexico as defendant.                                                                                           | 1.10 360.00/hr   | NO CHARGE |
|            | GR | A104 | Analyze possible amended Complaint adding Mexican defendants; confer with team member (C. Pasich) re same; analyze possible alter ego theories.               | 0.80 575.00/hr   | 460.00    |
| 10/18/2017 | CP | A103 | Draft first amended complaint.                                                                                                                                | 2.60 360.00/hr   | NO CHARGE |
| 10/19/2017 | CP | A103 | Draft first amended complaint.                                                                                                                                | 1.10 360.00/hr   | NO CHARGE |
| 10/23/2017 | SP | A105 | Discuss case status and factual development with C. Pasich; review pleadings; begin preparing for Rule 26(f) conference of counsel.                           | 3.30 395.00/hr   | NO CHARGE |
|            | CP | A105 | Communicate with S. Papazian re current status and upcoming deadlines of matter.                                                                              | 1.90 360.00/hr   | NO CHARGE |
|            | GR | A105 | Confer with team members re Rule 26(f) conference and discovery strategies.                                                                                   | 0.30 575.00/hr   | 172.50    |
| 10/24/2017 | SP | A105 | Discuss case status and factual development with C. Pasich; review prior correspondence between parties and investigate corporate structure of defendant and its affiliated companies. | 3.00 395.00/hr   | NO CHARGE |
|            | WS | A102 | Assist S. Papazian with locating and reviewing Scheduling Orders authored by Judge Hamilton.                                                                  | 0.60 195.00/hr   | NO CHARGE |

Cadence Design Systems, Inc.                                                                 Page    2

|            |    |      |                                                                                                                                                                                                      | Hrs/Rate | Amount |
|------------|----|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 10/25/2017 | SP | A105 | Continue reviewing prior correspondence between parties and investigate corporate structure of defendant and its affiliated companies; begin drafting amended complaint to add Pounce Mexico.         | 2.50 395.00/hr | 987.50 |
|            | WS | A103 | Assist S. Papazian with initial drafts of Requests for Production and Interrogatories.                                                                                                                | 2.10 195.00/hr | 409.50 |
| 10/26/2017 | SP | A105 | Prepare for and conduct meet and confer with opposing counsel pursuant to Rule 26(f); correspond with opposing counsel; finish draft of First Amended Complaint; draft stipulation for First Amended Complaint; research Pounce entities; begin drafting written discovery requests. | 8.40 395.00/hr | 3,318.00 |
|            | GR | A103 | Participate in Rule 26(f) conference; review materials in preparation for same; review and revise draft Amended Complaint and Joint Stipulation re same; correspond with clients re ▇▇▇▇▇▇▇▇          | 1.50 575.00/hr | 862.50 |
|            | WS | A103 | Assist S. Papazian with continued revisions to Requests for Production and Interrogatories; begin drafting Joint Stipulation re First Amended Complaint; Joint Rule 26(f) Report; Initial Disclosures and Notice of Appearance for S. Papazian. | 3.90 195.00/hr | 760.50 |
| 10/27/2017 | WS | A103 | Assist S. Papazian with continued revisions to Requests for Production and Interrogatories, Joint Stipulation re First Amended Complaint, Joint Rule 26(f) Report, Initial Disclosures and Notice of Appearance for S. Papazian. | 2.10 195.00/hr | 409.50 |
|            | SP | A103 | Begin drafting written discovery requests.                                                                                                                                                            | 5.70 395.00/hr | 2,251.50 |
| 10/30/2017 | WS | A103 | Assist S. Papazian with drafting and revising First Set of Requests for Admission; finalize, file and serve Notice of Appearance; assist S. Papazian with preparing ADR Stipulation and researching local rules re same. | 3.80 195.00/hr | 741.00 |
|            | SP | A103 | Continue drafting written discovery requests; discussfile notice of appearance; prepare for call with B. Alfaro; draft Rule 26(f) report.                                                             | 7.30 395.00/hr | 2,883.50 |
| 10/31/2017 | SP | A103 | Continue drafting written discovery requests; discuss discovery requests with G. Ruttenberg; conference call with B. Alfaro; draft Rule 26(f) report.                                                 | 4.50 395.00/hr | 1,777.50 |
|            | WS | A103 | Assist S. Papazian with drafting and revising Rule 26(f) Report; review precedent and local rules re same.                                                                                            | 1.10 195.00/hr | 214.50 |

Cadence Design Systems, Inc.                                                                                     Page    3

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/31/2017 | WS | A103 | Begin drafting Notice of Change of Counsel re withdrawal of C. Pasich; review local rules re same. | 0.90 195.00/hr | 175.50 |
| | GR | A103 | Review and revise draft discovery requests, including ███████████████ to Pounce; confer with team member S. Papazian re same; follow up with clients re ██████████████████ analyze mandatory ADR options. | 1.50 575.00/hr | 862.50 |

| | | | |
|---|---|---|---|
| **For professional services rendered** | | **60.00** | **$16,286.00** |

Additional Charges :

| | | |
|---|---|---|
| 10/3/2017 | Postage fee for mailing Payment for Delivery Services/Messengers (Invoice No. 157443) to Nationwide Legal, LLC; Los Angeles, CA | 0.49 |
| 10/31/2017 | Photocopies of case related documents - October 2017 | 5.10 |
| | Court Fees to download case related documents - October 2017; Pacer | 21.50 |
| | Online Research - October 2017; Westlaw | 488.56 |
| | Attorney Service Fee to Serve Summons & Complaint to Pounce Consulting, S.A. in San Diego, CA (Invoice Dated November 2, 2017); First Legal Network LLC, Invoice No. 10118181 | 260.63 |
| | Attorney Service Fee to Serve Summons & Complaint to Pounce Consulting, S.A. in San Diego, CA (Invoice Dated November 2, 2017); First Legal Network LLC, Invoice No. 10118181 | 509.02 |

| | |
|---|---|
| **Total additional charges** | **$1,285.30** |
| **Total amount of this bill** | **$17,571.30** |
| **Previous balance** | **$50,356.58** |
| Balance due | $67,927.88 |

Thank you for your Business.

# Ruttenberg IP Law
### A Professional Corporation
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
EIN # ███████████
(310) 627-2270

Invoice submitted to:
Cadence Design Systems, Inc.
███████████████
███████████████

December 14, 2017

Invoice #       10478
Firm Matter No.:   1132-100        Pounce Consulting Investigation

Professional Services

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/1/2017 | SP | A103 | Draft and revise ████████████████ coordinate filing of First Amended Complaint; correspond with opposing counsel re ADR; meet and confer with opposing counsel re ADR procedures; research service of Pounce Consulting, S.A. de C.V. | 3.00 395.00/hr | 1,185.00 |
| | WS | A103 | Assist S. Papazin with drafting and revising ADR Certification, Notice re ADR Phone Conference Joint Stipulation re First Amended Complaint and First Amended Complaint; finalize, file and send out courtesy chamber's copies re same; draft Notice of Change of Counsel re withdrawal of C. Pasich. | 5.60 195.00/hr | 1,092.00 |
| | WS | A102 | Assist S. Papazian with research re service addresses for Pounce Consulting SA and Juan Llera, CFO of Pounce. | 0.70 195.00/hr | 136.50 |
| | GR | A104 | Communicate with clients and team members re ██████████ ██████████ review stipulation re same; analyze service on Mexican defendant; review draft discovery requests. | 0.50 575.00/hr | 287.50 |
| 11/2/2017 | SP | A103 | Continue drafting Rule 26(f) joint report; assist in coordinating service of First Amended Complaint on Pounce Mexico; continue draft ██████ | 2.50 395.00/hr | 987.50 |
| | WS | A108 | Coordinate service of First Amended Complaint and supporting documents with process server vendor. | 1.20 195.00/hr | 234.00 |
| | WS | A103 | Assist S. Papazian with drafting and revising ████████ █████████████████████. | 1.70 195.00/hr | 331.50 |
| 11/3/2017 | WS | A108 | Coordinate service of First Amended Complaint and supporting documents with process server vendor. | 0.60 195.00/hr | 117.00 |

Cadence Design Systems, Inc.                                                                    Page    2

|          |    |      |                                                                                                                                                        | Hrs/Rate          | Amount    |
|----------|----|------|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 11/3/2017 | SP | A106 | Conference call with V. Moza and G. Ruttenberg.                                                                                                         | 0.40<br>395.00/hr | 158.00    |
|          | GR | A105 | Telephone conference with V. Moza re ███████████ confer with S. Papazian re same; confer with S. Papazian re draft discovery requests.                  | 0.50<br>575.00/hr | 287.50    |
| 11/6/2017 | SP | A106 | Correspond and call client re: ████████████████ ███████████ correspond with ███████ opposing counsel re: ADR telephone conference.                     | 0.70<br>395.00/hr | 276.50    |
|          | GR | A103 | Review and revise Initial disclosures; confer with team members re same; analyze initial discovery requests.                                           | 1.00<br>575.00/hr | NO CHARGE |
| 11/7/2017 | WS | A103 | Assist S. Papazian with drafting Proof of Service of Summons and First Amended Complaint on Pounce Consulting SA; confer with process server vendor re same and proof read and revise Proof of Service. | 0.70<br>195.00/hr | 136.50    |
|          | WS | A103 | Draft Proof of Service of Summons and First Amended Complaint and exhibits to be filed in support of same per S. Papazian.                              | 1.20<br>195.00/hr | 234.00    |
|          | SP | A106 | Research service of Pounce Mexico and coordinate with B. Stevens; review ███████████ call with J. Lico re: ████████████████████ finalize and serve interrogatories and requests for production. | 3.70<br>395.00/hr | 1,461.50  |
| 11/8/2017 | WS | A103 | Assist S. Papazian with drafting and revising Proof of Service re Pounce Consulting SA; assist with fact investigation re same; ██████████████         | 1.50<br>195.00/hr | 292.50    |
| 11/9/2017 | WS | A103 | Assist S. Papazian with drafting, filing and serving Proof of Service re Pounce Consulting SA, Initial Disclsoures and Rule 26f Joint Report; assist with fact investigation re same. | 3.50<br>195.00/hr | 682.50    |
|          | SP | A106 | Revise and finalize Rule 26(f) joint report; revise and finalize initial disclosures; discuss same with G. Ruttenberg; review Pounce USA's initial disclosures. | 5.70<br>395.00/hr | 2,251.50  |
|          | GR | A103 | Review and finalize Rule 26 Joint Report; communicate with team member (S. Papazian) and opposing counsel (J. Coberly) re same. | 1.00<br>575.00/hr | 575.00    |
| 11/10/2017 | WS | A103 | Finalize, file and serve Notice of Change of Counsel re C. Pasich.                                                                                      | 0.50<br>195.00/hr | NO CHARGE |
| 11/13/2017 | SP | A106 | Prepare for and attend call with ADR legal staff at court; call and correspond with J. Lico re: ████████████████████                                    | 1.70<br>395.00/hr | 671.50    |

Cadence Design Systems, Inc.                                                                                    Page   3

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2017 GR | A108 | Participate in ADR call; prepare for same. | | 0.50<br>575.00/hr | 287.50 |
| 11/15/2017 SP | A106 | Prepare for meetings with ███████████████<br>███████████. | | 2.00<br>395.00/hr | 790.00 |
| GR | A101 | Prepare for case management conference; review materials and confer with team member (S. Papazian) for same. | | 0.50<br>575.00/hr | 287.50 |
| 11/16/2017 SP | A106 | Conduct meetings with ████████████████<br>██████████ prepare for and attend case management conference. | | 4.00<br>395.00/hr | 1,580.00 |
| GR | A109 | Prepare for and attend case management conference; confer with team member (S. Papazian) re ███████████████ | | 2.50<br>575.00/hr | 1,437.50 |
| 11/17/2017 GR | A104 | Review various orders from Judge; analyze defense counsel's responses to Orders to show cause. | | 0.50<br>575.00/hr | NO CHARGE |
| 11/21/2017 WS | A102 | Assist S. Papazian with researching ████████████<br>████████████████. | | 0.60<br>195.00/hr | 117.00 |
| SP | A106 | Revise ██████████ and discuss with G. Ruttenberg. | | 0.30<br>395.00/hr | NO CHARGE |
| 11/27/2017 WS | A103 | Begin drafting Motion for Default Judgment documents re Pounce Consulting SA. | | 1.00<br>195.00/hr | 195.00 |
| 11/28/2017 WS | A103 | Assist S. Papazian and G. Ruttenberg with drafting and revising Motion for Default Judgment and documents to be filed in support of same. | | 3.60<br>195.00/hr | 702.00 |
| SP | A103 | Review procedure for seeking entry of default; correspond with Pounce Mexico and discuss same with G. Ruttenberg | | 1.00<br>395.00/hr | 395.00 |
| GR | A104 | Analyze service on Pounce Mexico; revise correspondence with J. Vierra re U.S. litigation; confer with S. Papazian re strategies. | | 0.80<br>575.00/hr | 460.00 |
| 11/29/2017 WS | A103 | Assist S. Papazian and G. Ruttenberg with revising, filing and serving Application for Entry of Default | | 4.10<br>195.00/hr | 799.50 |
| SP | A103 | Draft, revise, and file application for entry of default. | | 1.70<br>395.00/hr | 671.50 |
| 11/30/2017 GR | A105 | Confer with S. Papazian re application for entry of default; analyze correspondence with Pounce Mexico CEO. | | 0.50<br>575.00/hr | NO CHARGE |
| SP | A105 | Correspond with client re application for entry of default; correspond with Pounce Mexico. | | 0.50<br>395.00/hr | 197.50 |

Cadence Design Systems, Inc.                                                                 Page    4

|  | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **62.00** | **$19,318.00** |

Additional Charges :

| | | |
|---|---|---|
| 11/1/2017 | Attorney Service Fee to Deliver Courtesy Copy of First Amended Complaint and Supporting Documents - US District Court (Northern District) in Oakland, CA; Nationwide Legal, Invoice No. 160982 | 109.50 |
| 11/9/2017 | Attorney Service Fee to Deliver Courtesy Copy of Joint Rule 26(f) Report - US District Court (Northern District) in Oakland, CA; Nationwide Legal, Invoice No. 160982 | 129.50 |
| 11/16/2017 | Out-of-Town Travel: Steve Papazian - Attend Case Management Conference in Oakland, CA - Flight (188.98); Transportation (80.64); Lodging (210.90); Meals (23.82). | 504.34 |
| | Out-of-Town Travel: Guy Ruttenberg - Attend Case Management Conference in Oakland, CA - Flight (158.20); Transportation (71.71); Meals (30.32). | 260.23 |
| 11/30/2017 | Photocopies of case related documents - November 2017 | 20.50 |
| | Court Fees to download case related documents - November 2017; Pacer | 2.60 |
| | Online Research - November 2017; Westlaw | 24.71 |
| | Attorney Service Fee to Deliver Courtesy Copy of Application to Enter Default Against Defendant and Supporting Documents - US District Court (Northern District) in Oakland, CA; Nationwide Legal, Invoice No. 161465 | 127.10 |

|  | Amount |
|---|---|
| **Total additional charges** | **$1,178.48** |
| **Total amount of this bill** | **$20,496.48** |
| **Previous balance** | **$67,927.88** |
| Balance due | $88,424.36 |

Thank you for your Business.

# Ruttenberg IP Law
### A Professional Corporation
1801 Century Park East, Suite 1920
Los Angeles, CA 90067

██████████████████

(310) 627-2270

Invoice submitted to:
Cadence Design Systems, Inc.
████████████████
████████████████████

February 1, 2018

| Invoice # | 10493 | |
|---|---|---|
| Firm Matter No.: | 1132-100 | Pounce Consulting Investigation |

Professional Services

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/4/2017 | SP | A103 | Research ██████████████████████████████ ████████████████ | 4.00 395.00/hr | 1,580.00 |
|  | GR | A105 | Confer with team member (S. Papazian) re third-party subpoenas and discovery issues; analyze discovery issues. | 0.30 575.00/hr | 172.50 |
| 12/5/2017 | SP | A103 | Continue researching ████████████████████████ ████████████████████████████████; research Pounce Consulting ███████ in United States. | 4.70 395.00/hr | 1,856.50 |
| 12/6/2017 | SP | A103 | Research Pounce Consulting ███████ and call with B. Alfaro re: █████. | 0.50 395.00/hr | 197.50 |
| 12/7/2017 | SP | A103 | Discuss case with G. Ruttenberg and send email to CEO of Pounce Consulting S.A. de C.V. | 0.50 395.00/hr | 197.50 |
| 12/8/2017 | SP | A103 | Review Pounce Consulting USA's document production and discuss same with G. Ruttenberg. | 0.80 395.00/hr | 316.00 |
| 12/12/2017 | SP | A105 | Call with B. Heller, counsel for Revulytics. | 0.50 395.00/hr | 197.50 |
| 12/17/2017 | GR | A105 | Confer with team member (S. Papazian) re ████████████ ██████████████████████ | 0.30 575.00/hr | 172.50 |
| 12/18/2017 | SP | A105 | Prepare for and attend team call to discuss ████████████. | 1.00 395.00/hr | 395.00 |

Cadence Design Systems, Inc.                                                        Page    2

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 12/18/2017 | GR | A106 | Confer with clients re ███████████████████ ████████████████████████████; confer with team member (S. Papazian) re same. | 1.00 575.00/hr | 575.00 |
| 12/20/2017 | SP | A105 | Call with S. Donsky from EMA. | 0.30 395.00/hr | 118.50 |
| | | | **For professional services rendered** | **13.90** | **$5,778.50** |

Additional Charges :

| | | |
|---|---|---|
| 12/31/2017 | Photocopies of case related documents - December 2017 | 1.30 |
| | Court Fees to download case related documents - December 2017; Pacer | 0.40 |
| | Online Research - December 2017; Westlaw | 45.11 |
| | **Total additional charges** | **$46.81** |
| | **Total amount of this bill** | **$5,825.31** |
| | **Previous balance** | **$88,424.36** |

Accounts receivable transactions

| | | |
|---|---|---|
| 12/18/2017 | Payment - Thank You | ($699.58) |
| 12/26/2017 | Payment - Thank You | ($1,285.30) |
| | **Total payments and adjustments** | **($1,984.88)** |
| | Balance due | $92,264.79 |

Thank you for your Business.

# Ruttenberg IP Law
### A Professional Corporation
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
EIN # ██████████
(310) 627-2270

Invoice submitted to:
Cadence Design Systems, Inc.
██████████████████

February 7, 2018

| | | |
|---|---|---|
| Invoice # | 10511 | |
| Firm Matter No.: | 1132-100 | Pounce Consulting Investigation |

Professional Services

| Date | | | Description | Hrs/Rate | Amount | |
|---|---|---|---|---|---|---|
| 1/3/2018 | DK | A105 | Confer with S. Papazian re motion for default judgment against Pounce Mexico, case background and strategy; print out relevant documents (including operative complaint and 26(f) report). | 0.50 325.00/hr | NO CHARGE | |
| 1/4/2018 | DK | A104 | Review relevant documents for case background including operative complaint, 26(f) Report, and other materials in docket; review Northern District Local Rules and Judge P. Hamilton Standing Orders re any potential specific rules re motions for default judgment; conduct research re ██ ███████████████████ for default judgment and other Northern District case law re same; begin drafting factual background section of motion for default judgment. | 4.00 325.00/hr | NO CHARGE | |
| | ████████ | ████████████████████████████ ██████████ | | 0.20 115.00/hr | NO CHARGE | |
| 1/5/2018 | DK | A103 | Continue drafting factual background and legal standard sections for motion for default judgment; review relevant documents re same, including ████████████████ ████████████████████ conduct research re ████████ ████████ for default judgment. | 5.00 325.00/hr | 1,625.00 | **NS** |
| 1/8/2018 | DK | A103 | Draft argument section of motion for default judgment; conduct research re case law for same; review relevant documents ████████████████████████; confer with S. Papazian re ████████████████; confer with S. Papazian and G. Ruttenberg re same and other arguments/strategy in motion. | 4.90 325.00/hr | 1,592.50 | **NS** |
| | GR | A104 | Analyze motion for default judgment; analyze Pounce USA's answer for same; confer with S. Papazian and D. Kadin re same. | 0.50 575.00/hr | 287.50 | |

Cadence Design Systems, Inc.                                                        Page    2

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/9/2018 | DK | A103 | Finish drafting argument sections of motion for default judgment re Eitel factors, and damages/injunctive relief/entry of final judgment sections; conduct research re ████████ ███████ for copyright infringement and DMCA violations ████████████████████████████ ████████████████████████████████ ██████████████████████████████████ █████████████████████████████confer with S. Papazian re status of brief, strategy for ███████████████████ ███████████████ | 5.30 325.00/hr | 1,722.50 **NS** |
|  | SP | A106 | Discuss motion for default judgment with team; correspond with client. | 0.80 395.00/hr | NO CHARGE |
|  | GR | A104 | Analyze strategies for motion for entry of default judgment; confer with clients re same. | 0.20 575.00/hr | 115.00 |
| 1/10/2018 | DK | A103 | Draft declarations for ████████████████████ confer with S. Papazian re same; review relevant documents (including ██████████████████████████ in preparing same; conduct research re ██████████████ ██████████████████████████████████ ████████████████████████████████████ █████████████ for DMCA purposes including ████████████ ████████████████████████ | 7.60 325.00/hr | 2,470.00 **NS** |
| 1/11/2018 | DK | A104 | Review and compile cases cited in draft motion for default judgment for S. Papazian. | 0.70 325.00/hr | NO CHARGE |
| 1/12/2018 | DK | A103 | Review and revise draft motion for default judgment re S. Papazian edits; conduct research re same. | 3.00 325.00/hr | NO CHARGE |
|  | SP | A106 | Review and revise motion for default judgment; correspond re same with D. Kadin. | 1.50 395.00/hr | NO CHARGE |
|  | GR | A104 | Confer with team members re motions for entry of default judgment; analyze supporting declarants; correspond with clients re ████████ | 0.40 575.00/hr | 230.00 |
| 1/15/2018 | SP | A106 | Draft responses to Pounce USA's interrogatories and RFPs. | 4.80 395.00/hr | 1,896.00 |
| 1/16/2018 | SP | A106 | Continue drafting responses to Pounce USA's interrogatories and RFPs. | 1.70 395.00/hr | 671.50 |

Cadence Design Systems, Inc.                                                                 Page    3

| Date | | | | Hrs/Rate | Amount |
|------|---|---|---|----------|--------|
| 1/17/2018 | DK | A106 | Telephone conference with S. Papazian, V. Moza, J. Lico and B. Alfaro re ███████████████████████████████████ ████████████ | 0.60 325.00/hr | NO CHARGE |
| | SP | A106 | Call with client to discuss ███████████████████████ ████████ draft discovery responses and discuss with team and G. Ruttenberg; █████████████████████████ ████████ | 6.70 395.00/hr | 2,646.50 |
| | GR | A104 | Review interrogatory responses; confer re same with team member (S. Papazian). | 0.80 575.00/hr | 460.00 |
| 1/19/2018 | DK | A103 | █████████████████████████████████████ | 0.80 325.00/hr | NO CHARGE |
| 1/22/2018 | SP | A106 | Continue drafting and revising motion for default judgment and supporting declarations; revise and review proposed protective order and correspond re same with client and opposing counsel. | 9.70 395.00/hr | 3,831.50 |
| | GR | A104 | Review draft Protective Order, and confer with team member (S. Papazian) re same. | 0.20 575.00/hr | 115.00 |
| 1/23/2018 | DK | A104 | Review draft ████████████████ declarations in support of motion for default judgment; telephone conference with S. Papazian, V. Phan and B. Alfaro re ██████ confer with S. Papazian re strategy for motion for default judgment, including with respect to copyright and DMCA claims; conduct research re ████████████████████████ | 1.70 325.00/hr | NO CHARGE |
| | GR | A103 | Review and revise draft discovery responses; confer with S. Papazian re Protective Order; review and revise draft motion for entry of default judgment; confer with S. Papazian re strategies for same, issues relating to ██████████████ | 0.80 575.00/hr | 460.00 |
| | SP | A106 | Continue drafting and revising motion for default judgment and supporting declarations; revise declarations for ████████ correspond with client re: █████████████████ phone conference with opposing counsel re protective order; draft and revise protective order and correspond with opposing counsel. | 5.80 395.00/hr | 2,291.00 |
| 1/24/2018 | PS | A110 | Format and bates stamp electronic files for production of documents, vol. 1. | 1.80 195.00/hr | 351.00 **NS** |

Cadence Design Systems, Inc.                                                                 Page    4

|            |    |      |                                                                                                                                                                                                                                | Hrs/Rate          | Amount     |    |
|------------|----|------|----|----|----|----|
| 1/24/2018  | DK | A103 | Review and revise draft motion for entry of default judgment re injunctive relief for breach of contract; confer with S. Papazian re same; obtain ███████████ for use ███████ in same; conduct research re ██████████████. | 2.50 325.00/hr    | NO CHARGE  |    |
|            | SP | A106 | Continue drafting and revising motion for default judgment and supporting declarations; revise declarations for ████████ finalize discovery responses and serve on opposing counsel; correspond with opposing counsel re discovery responses; prepare initial document production and email with client re ████████ | 7.20 395.00/hr    | 2,844.00   |    |
| 1/25/2018  | PS | A110 | Continue formatting and bates stamping electronic files for production of documents, vol. 1. | 0.60 195.00/hr    | 117.00     | **NS** |
|            | DK | A102 | Conduct research re ████████████ ████████████ motion for default judgment; confer with S. Papazian re same. | 0.30 325.00/hr    | 97.50      | **NS** |
|            | SP | A106 | Call with V. Phan and B. Alfaro re: ████████████ for Pounce Mexico; discuss same with team; continue drafting and revising motion for default judgment; revise proposed protective order and correspond with opposing counsel re: same. | 2.80 395.00/hr    | 1,106.00   |    |
|            | GR | A103 | Confer with S. Papazian re settlement statement conference and case strategies; review and revise draft motion for entry of default judgment against Pounce Mexico; analyze same, issues relating to copyright and circumvention claims. | 1.50 575.00/hr    | 862.50     |    |
| 1/26/2018  | PS | A103 | Finalize electronic production of documents CAD_0000002 - CAD_0000206; prepare secure file transfer of document production file to opposing counsel; finalize and serve correspondence to opposing counsel re document production vol. 1. | 1.80 195.00/hr    | 351.00     |    |
| 1/29/2018  | DK | A103 | Review and revise draft motion for default judgment based on G. Ruttenberg comments; confer with S. Papazian re same; conduct research re ████████████████████ ████████████████████ ████████████ | 2.50 325.00/hr    | NO CHARGE  |    |
|            | GR | A103 | Revise motion for entry of default judgment. | 2.30 575.00/hr    | 1,322.50   |    |

Cadence Design Systems, Inc.                                                                 Page   5

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/29/2018 | PS | A103 | Continue drafting and finalizing Stipulated Protective Order and Proposed Order; review Local Rules for compliance and File Stipulated Protective Order; prepare Chambers copy to be delivered to Judge Hamilton. | 2.80 195.00/hr | 546.00 **NS** |
| 1/30/2018 | SP | A106 | Continue revising motion for default judgment and correspond with team re same; draft settlement conference statement. | 6.30 395.00/hr | 2,488.50 |
| | DK | A103 | Review and revise motion for default judgment; review ███████ confer with G. Ruttenberg and S. Papazian re same. | 2.30 325.00/hr | NO CHARGE |
| | PS | A104 | Review and analyze local rules regarding motion practice for upcoming filing briefs. | 0.20 195.00/hr | 39.00 **NS** |
| | GR | A103 | Further analysis of motion for entry of default judgment; review and revise mediation statement; confer with S. Papazian re same. | 1.80 575.00/hr | 1,035.00 |
| 1/31/2018 | SP | A106 | Research ██████████ confer with G. Ruttenberg re: same. | 3.30 395.00/hr | 1,303.50 |
| | DK | A105 | Confer with S. Papazian re ███████████. | 0.10 325.00/hr | NO CHARGE |
| | GR | A101 | Further edits to mediation brief; prepare for mediation, issues relating to █████████ confer with S. Papazian re same; review client's comments re ██████████. | 1.50 575.00/hr | 862.50 |

**For professional services rendered**                                    **109.80**        **$33,740.00**

Additional Charges :

| | | |
|---|---|---|
| 1/26/2018 | Postage fee for mailing Payment for Delivery Services/Messengers (Invoice Nos. 160982 & 161465) to Nationwide Legal, LLC; Los Angeles, CA | 0.49 |
| 1/31/2018 | Photocopies of case related documents - January 2018 | 12.90 |
| | Court Fees to download case related documents - January 2018; Pacer | 2.20 |
| | Online Research - January 2018; Westlaw | 43.94 |

**Total additional charges**                                                                    **$59.53**

**Total amount of this bill**                                                                  **$33,799.53**