# Exhibit A

| | |
|---|---|
| **From:** | mikeg@ema-eda.com |
| **Sent:** | Wednesday, February 3, 2016 7:20 AM |
| **To:** | Mauricio Gomez; Eric Ubiera |
| **Cc:** | Sara Cardona; Roger Viera; Vinod Moza |
| **Subject:** | RE: Infringement of Cadence Design Systems licenses at Pounce Consulting |
| **Attachments:** | Possible Cadence OrCAD/Allegro license infringement at Pounce Consulting |
| | |
| **Importance:** | High |

Mauricio – I was the one who informed Pounce two years ago of *'the presence of non-conformance cadence sw'* – notification email attached.  Pounce showed no cooperation or interest in bringing this to resolution 2 years ago.

Because the use of illegal Cadence software has **not** stopped at Pounce, Cadence Legal will now be defining next steps to take action on the infringement data that has been collected over the past many months/years.

I have CC'ed Vinod Moza from Cadence Design Systems's compliance team.

Before I hand this back over to Vinod and the Cadence Legal team, you have one final opportunity to purchase legitimate Cadence licenses to resolve the infringements that have been identified.

I strongly suggest we have a call today to discuss this further.  You can reach me at either of the numbers below.

---



Michael Gartland | Director of Sales Operations
P: 585-334-6001 x252 | M: 585-269-8319 | www.ema-eda.com



---

OrCAD Capture is FREE, for a limited time only. Find out how.

**From:** Mauricio Gomez [mailto:mauricio.gomez@pouncecorp.com]
**Sent:** Tuesday, February 2, 2016 9:31 PM
**To:** Eric Ubiera <ericu@ema-eda.com>; Michael Gartland <mikeg@ema-eda.com>
**Cc:** Sara Cardona <sara.cardona@pouncecorp.com>; Roger Viera <roger.viera@pouncecorp.com>
**Subject:** Re: Infringement of Cadence Design Systems licenses at Pounce Consulting

Dear Erick and Michael,

We have been users of Altium licenses for hardware development since many years from now, about two years ago we detected the presence of a non conformance cadence sw in Pounce equipment, we performed deletion of every copy we had inside our facilities. I will review again the mac addresses you are mentioning if these MAC addresses are ours and if they have any version of cadence software still installed and will remove it. Once this is done I will inform you and kindly ask you to check again to see if you still are getting any report about it. Additionally I will enforce as part of our IT policy to audit every 3 months and not every 12 months as currently doing the audit, and will place especial focus on Cadence.

Sorry for any issue this may have caused you, and again we are not using Cadence for development but Altium.

CAD_0000005

Best Regards,
Mauricio Gómez
Pounce Director
www.pounceconsulting.com
mauricio.gomez@pouncecorp.com


---------- Forwarded message ----------
From: **Eric Ubiera** <ericu@ema-eda.com>
Date: Tue, Feb 2, 2016 at 4:51 PM
Subject: Infringement of Cadence Design Systems licenses at Pounce Consulting
To: "sara.cardona@pouncecorp.com" <sara.cardona@pouncecorp.com>
Cc: Michael Gartland <mikeg@ema-eda.com>, "roger.viera@pouncecorp.com"
<roger.viera@pouncecorp.com>


Sara – favor encontrar adjunto a este email la carta de notificación de parte de Cadence Design
Systems – y  más debajo esta email que fue enviado al Sr. Roger Viera el pasado Jueves 28 de
Enero de parte de Mike Gartland, y aún no ha escuchado respuesta de parte del Sr. Roger.


La idea es que Pounce Consulting compre las licencias que está utilizando vía EMA para que
quede resuelto las infracciones que fueron detectadas por Cadence. De lo contrario Cadence se
verá obligado a proceder legalmente.


Espero escuchar de usted pronto, Sara. Me puedes llamar hoy al 585-334-6001 x259 o 585-465-
6427. O por favor confirmar la llamada con usted y  el Sr. Roger para mañana Miércoles  a las
3PM ET (Hora New York). Una vez confirmen, favor indicar un numero donde se pueda llamar,
y yo les voy a enviar una invitación formal por Outlook para que acepten.


A este email copio al Sr. Mike Gartland.


Sara – per our discussion, below is the email Mike sent to Roger last Thursday.  The attached
was also included in the email to Roger.  Mike did not receive any type of acknowledgement
from Roger.

The expectation is Pounce Consulting purchases Cadence licenses via EMA to resolve the infringements that have been detected.  Otherwise Cadence Design Systems's Legal department will be engaged.

We need to schedule a call for tomorrow – we are targeting 3pm ET for this call.  Please confirm that works for you and Roger.  Please also provide a number where we can reach you for tomorrow's call – I will then send out an Outlook invitation.

Thank you – Eric.

*Mike – for reference, this is Sara; I just spoke with her.  Please hold off on engaging Vinod and Cadence Legal until tomorrow.*

https://www.linkedin.com/in/sara-cardona-6b175a48

Regards,
Eric

---

<image001.jpg>

Eric Ubiera | Account Manager
P: 585-334-6001 x259 |  www.ema-eda.com

<image002.jpg><image003.jpg><image004.jpg><image005.gif>

---

OrCAD Capture is FREE, for a limited time only. Find out how.

---

**From:** Michael Gartland
**Sent:** Thursday, January 28, 2016 6:41 PM
**To:** 'roger.viera@pouncecorp.com' <roger.viera@pouncecorp.com>
**Subject:** Infringement of Cadence Design Systems licenses at Pounce Consulting
**Importance:** High

Roger Viera,

Favor encontrar adjunto a este email carta del departamento de asuntos Legales y Cumplimiento de Cadence Design Systems. Desafortunadamente, Cadence Design Systems ha detectado el uso de licencias ilegales dentro de su compañía. Yo estoy con EMA Design Automation, socio y distribuidor exclusivo de Cadence para todo el territorio Norte Americano. Cadence nos ha encargado de contactarlo a usted para hacer frente a esta situación de inmediato antes de que su departamento de asuntos Legales tome las medidas y acciones correspondientes.

Favor de responder y proponer una fecha/hora dentro de los 2 próximas días laborales para discutir el tema. Si necesita involucrar a otra persona de su organización para ayudar en la resolución de este asunto, por favor, hágalo inmediatamente.

---

&lt;image001.jpg&gt;

Michael Gartland | Director of Sales Operations
P: 585-334-6001 x252 | M: 585-269-8319 | www.ema-eda.com

&lt;image002.jpg&gt;&lt;image003.jpg&gt;&lt;image004.jpg&gt;&lt;image005.gif&gt;

---

*Roger Viera,*

*Please see the attached letter from Cadence Design Systems' Legal and Compliance teams.  Unfortunately, Cadence Design Systems has detected illegal licenses being used within your organization.  I am with EMA Design Automation, Cadence's exclusive channel partner for North America.  Cadence has tasked us with reaching out to you to immediately address this situation before their Legal department takes further action.*

*Please reply and propose a time within the next 2 business days to discuss.  If you need to involve someone else from your organization to assist in resolving this matter, please do so immediately.*

*Michael Gartland*

&lt;Cadence Design Systems Notice_Pounce Consulting_012816.pdf&gt;

**From:** mikeg@ema-eda.com
**Sent:** Wednesday, September 3, 2014 9:56 AM
**To:** mayra.ortiz@pouncecorp.com
**Subject:** Possible Cadence OrCAD/Allegro license infringement at Pounce Consulting
**Attachments:** Cadence Notice - 20140903 - Pounce Consulting.pdf; Cadence Supporting Data - 20140903 - Pounce Consulting.pdf

Roger Viera (via Mayra Ortiz),
There are strong indications of pirated usage of Cadence Design Systems' Cadence Allegro Design Entry CIS, Cadence Allegro AMS Simulator, and Cadence Allegro PCB Designer at Pounce Consulting. Please forward this email, along with the attached .PDF to your General Counsel for review.

As stated within the letter attached, we look forward to hearing from the appropriate person(s) at Pounce Consulting within the next two weeks so that we can discuss how best to resolve this matter. For your reference, I have also included the unique machines using this pirated software – see attached.

Thank you for your assistance and I look forward to hearing from you,
Regards,
Mike



Michael Gartland | Director of Sales Operations
P: 585-334-6001 x252 | M: 585-269-8319 | www.ema-eda.com



Learn how to optimize circuit results with PSpice Advanced Analysis

CAD_0000009

# Pounce Consulting

**Types of Infringed Cadence Software Detected:**

Cadence Design Entry CIS (also known as: OrCAD Capture CIS),

Cadence Allegro AMS Simulator (also known as: PSpice) and Cadence Allegro PCB Designer

| Hostname | Latest Infringement Date | MAC1 | MAC2 | MAC3 | MAC4 |
|---|---|---|---|---|---|
| nicolas-i7pc | 6/13/2013 | 24b6fd1ef452 | 4ceb42057a9e | 4ceb42057a9f | 4ceb42057a9f |
| vnavarro | 5/7/2013 | 00266c78ed9c | 0026b6f1f74f | | |
| a852232 | 7/16/2014 | 9c4e3664d924 | 9c4e3664d925 | 9c4e3664d925 | b888e31956ac |
| pounce-pc | 9/30/2013 | 1078d28017d8 | | | |
| a786497-pe | 12/12/2013 | 1078d2245fe0 | | | |
| a375768 | 10/28/2013 | 005056c00001 | 005056c00008 | 0013f7a790f8 | 1078d2247568 |
| a975203 | 12/12/2013 | 1078d22488e4 | | | |
| a270737 | 12/12/2013 | 005056c00001 | 005056c00008 | 1078d2803f47 | |
| electronics-pc | 8/30/2013 | 005056c00001 | 005056c00008 | 4487fcefcf65 | |
| a718981 | 12/12/2013 | 00270e0cd63f | 08002700705e | | |
| usuario-pe | 4/4/2013 | 001111e50e88 | 005056c00001 | 005056c00008 | |
| a786497-pe | 12/13/2013 | 1078d2245fe0 | | | |
| a656031 | 7/16/2014 | 1078d2248994 | | | |
| angeles-pc | 7/14/2014 | eca86b72a27c | | | |
| a357709 | 7/16/2014 | 00ff8a5abc17 | d0df9a1333d4 | d0df9a137e34 | f2df9a1333d4 |
| a852232 | 7/15/2014 | 9c4e3664d924 | 9c4e3664d925 | 9c4e3664d925 | b888e31956ac |
| a202883 | 2/14/2014 | 705ab6bdb70d | 00212f3b8d70 | 00ffac322452 | |
| a975203 | 7/16/2014 | 1078d22488e4 | | | |
| a718981 | 7/16/2014 | 00270e0cd63f | 08002700705e | | |
| a270737 | 7/16/2014 | 005056c00001 | 005056c00008 | 1078d2803f47 | |
| a786497-pe | 7/15/2014 | 1078d2245fe0 | | | |

.

The supporting data shown above represents licenses files that have been cracked and are in use at Pounce Consulting.

**Cadence Design Systems, Inc.** 2655 Seely Avenue San Jose, CA 95134 USA
direct: 408.943.1234 www.cadence.com

CAD_0000010



cādence°

September 3, 2014


Roger Viera,

As part of a corporate initiative to track unlicensed use of software, Cadence Design Systems, Inc. ("Cadence") recently learned that your company may be using unlicensed copies of Cadence software.  This software is copyrighted by Cadence and Cadence limits the use of this software to those who purchase licensed copies.

The attached document identifies the suspected unlicensed activity in more detail, including listing the Cadence software and listing the MAC addresses of the machines using the software. This document may be supplemented in the future.

Cadence is asking you to self-audit your organization's use of Cadence software, and if you find that unlicensed copies of Cadence software are being used, to engage with the Cadence contact identified in the signature block at the bottom of this letter to discuss how to procure licensed copies of the software.

The undersigned has a good faith belief that use of the software in the manner indicated of is not authorized by Cadence, its agents, or the law.  The information contained in this notification is accurate. Please be advised that this letter is not and is not intended to be a complete statement of the facts or law as they may pertain to this matter or of Cadence's positions, rights or remedies, legal or equitable, all of which are specifically reserved.

We look forward to hearing from you within two weeks of the date of receipt of this letter.


Michael Gartland

585.334.6001 x252

mikeg@ema-eda.com


**Cadence Design Systems, Inc.**  2655 Seely Avenue  San Jose, CA 95134 USA
direct: 408.943.1234  www.cadence.com

CAD_0000011