# Exhibit B



Juan Llera <juan.llera@pouncecorp.com>

## Re: Possible Cadence OrCAD/Allegro license infringement at Pounce Consulting
1 message

**Juan Llera** <juan.llera@pouncecorp.com>   Wed, Sep 24, 2014 at 11:15 PM
To: Mauricio Gomez - Pounce Consulting <mauricio.gomez@pouncecorp.com>
Cc: Roger Viera <roger.viera@pouncecorp.com>

Thx

On Sep 24, 2014, at 11:14 PM, Mauricio Gomez - Pounce Consulting <mauricio.gomez@pouncecorp.com> wrote:

> We are removing all software instances of allegro orcad from our computers we now have Altium as the development tool.
> I will contact the guy letting him know about this.
> I'll copy you.
> Mauricio Gomez
>
> On Sep 24, 2014, at 5:10 PM, Juan Llera <juan.llera@pouncecorp.com> wrote:
>
>> Roger and/or Gommax, how do you like to handle this?
>>
>> Juan Llera
>> Pounce Consulting, Inc.
>> Website: http://www.pounceconsulting.com
>> Skype: juan.llera
>> US Mobile: +1 (480) 522-6565
>> MX Direct: +52 (33) 3942-2511
>>
>> <Cadence Notice - 20140903 - Pounce Consulting.pdf>
>>
>> <Cadence Supporting Data - 20140903 - Pounce Consulting.pdf>
>>
>> Begin forwarded message:
>>
>>> **From:** Mayra Ortiz <mayra.ortiz@pouncecorp.com>
>>> **Subject: Fwd: Possible Cadence OrCAD/Allegro license infringement at Pounce Consulting**
>>> **Date:** September 24, 2014 at 3:03:59 PM PDT
>>> **To:** Juan Llera <juan.llera@pouncecorp.com>
>>>
>>> FYI.
>>>
>>> ---------- Forwarded message ----------
>>> From: **Michael Gartland** <mikeg@ema-eda.com>
>>> Date: Wed, Sep 24, 2014 at 2:52 PM
>>> Subject: RE: Possible Cadence OrCAD/Allegro license infringement at Pounce Consulting
>>> To: Mayra Ortiz <mayra.ortiz@pouncecorp.com>
>>>
>>>> Mayra – I am getting pinged by Cadence Legal for an update and I have nothing to share with them as I haven't heard anything further from your side.
>>>>
>>>> Can you please have someone get in touch with me ASAP?
>>>>
>>>> Thank you - Mike

Michael Gartland | Director of Sales Operations
P: 585-334-6001 x252 | M: 585-269-8319 | www.ema-eda.com

<image002.jpg>

<image003.jpg>

<image004.jpg>

<image005.gif>

Learn how to optimize circuit results with PSpice Advanced Analysis

**From:** Michael Gartland
**Sent:** Wednesday, September 3, 2014 2:28 PM
**To:** 'Mayra Ortiz'
**Subject:** RE: Possible Cadence OrCAD/Allegro license infringement at Pounce Consulting

Thank you, Mayra

Michael Gartland | Director of Sales Operations
P: 585-334-6001 x252 | M: 585-269-8319 | www.ema-eda.com

Learn how to optimize circuit results with PSpice Advanced Analysis

**From:** Mayra Ortiz [mailto:mayra.ortiz@pouncecorp.com]
**Sent:** Wednesday, September 3, 2014 1:25 PM
**To:** Michael Gartland
**Subject:** Re: Possible Cadence OrCAD/Allegro license infringement at Pounce Consulting

Thank you, I'll forward the message.

Mayra Ortiz

Office Administrator USA

Pounce Consulting

Cell: 831-334-3906

Office: +52 (33) 39422597 ext:2596

On Sep 3, 2014, at 9:56 AM, Michael Gartland <mikeg@ema-eda.com> wrote:

> Roger Viera (via Mayra Ortiz),
>
> There are strong indications of pirated usage of Cadence Design Systems' Cadence Allegro Design Entry CIS, Cadence Allegro AMS Simulator, and Cadence Allegro PCB Designer at Pounce Consulting. Please forward this email, along with the attached .PDF to your General Counsel for review.
>
> As stated within the letter attached, we look forward to hearing from the appropriate person(s) at Pounce Consulting within the next two weeks so that we can discuss how best to resolve this matter. For your reference, I have also included the unique machines using this pirated software – see attached.
>
> Thank you for your assistance and I look forward to hearing from you,
> Regards,
> Mike

PUSA000016

Michael Gartland | Director of Sales Operations
<image001.jpg>P: 585-334-6001 x252 | M: 585-269-8319 | www.ema-eda.com

<image002.jpg><image003.jpg><image004.jpg><image005.gif>

Learn how to optimize circuit results with PSpice Advanced Analysis

<Cadence Notice - 20140903 - Pounce Consulting.pdf>

<Cadence Supporting Data - 20140903 - Pounce Consulting.pdf>

--
**Mayra Ortiz**
Office Administrator USA
Cell: 831-334-3906
Office: +52 (33) 39422500