# Exhibit C



Published on Jan 29, 2014

POUNCE CONSULTING CORPORATE

alejandroboilerroom

## Similar to



Think Dynamics: Mothership Brochure

by jeffherrle



04 Ponencia: Modelos de despliegue BPM: on-premises, Cloud Privado, Cloud público, BPaaS e Híbridos.

by proceedit



Perfil Corporativo SIC

by sic_mx



Índice de empresas de Tecnología - IDEP Tucumán

by ideptucuman



Institucional LinkTech 2015

by gabyrioszea



TyN 27 3

by tynmagazine



QUATENUS Business Scope

by quatenusmocambi…

**Popular now**

Advertisement






2018 Product Guide v.1
by youngliving

Washington Life Magazine - Holiday 2017
by washingtonlife

Craftsy Knit Catalog 2018
by craftsy

Color Street Digital Catalog
by colorstreet

**Just for you**









The WALK Fall 2017
by thewalkmagazine

FORGE. Issue 18: Sacrifice
by forgeartmag

Crack Issue 85
by crackmagazine

Beat 1611
by furstmedia

Washington Square News January 29, 2018
by nyu.news

Beat 1610
by furstmedia

Washington Square News January 22, 2018
by nyu.news

GO EXPLORE

+ **Company**

+ **Resources**

+ **Plans & Products**

+ **Apps**

Terms   Privacy   DMCA