# Exhibit D



INTEGRATED INNOVATION

CAD_0000036



pounce®

CAD_0000037

CAD_0000038



Innovation
One Stop Shop
B
B
Quality
Nearshore

CAD_0000039

# Index / Índice

## Embedded Systems / Sistemas embebidos

**AMD** .......... 12
- AMD Fusion Embedded Development Platform
- Plataforma de desarrollo para embebidos AMD fusion

**A.O. Smith** .......... 14
- Manufacturing and Product Design for Commercial Heater Controls
- Manufactura y diseño de controles para calentadores comerciales

**Applica** .......... 16
- Touch Sensing Technology for Consumer Appliances
- Tecnología táctil para electrodomésticos

**Awash** .......... 18
- Self-Service Carwash Kiosk
- Quiosco de autoservicio para lavado de vehículos

**Biorobótica**
- LED X-Ray Viewer
- Negatoscopio con LED .......... 20

- Surgery Room LED Light
- Lámpara LED para quirófano .......... 22

**Capstone** .......... 24
- Turbine Control Panel Integrated Solution
- Solución integral para panel de control de turbinas

**Coinco** .......... 26
- Touch Technology for Vending Machines
- Tecnología táctil para máquinas dispensadoras

**Ecompass** .......... 28
- Pipeline Pressure Monitoring System
- Sistema de monitoreo de niveles de presión

**Felisa** .......... 30
- Integrated Solution Medical Equipment Control Panel
- Solución integral para equipos de instrumentación médica

**Freescale**
- Hospital Admission Machine – Medical Kiosk
- Dispositivo de admisión hospitalaria y telemedicina .......... 32

- Kinetis K40 Demonstration and Evaluation Tool
- Herramienta de evaluación y demostración Kinetis K40 .......... 34

**Fujitsu** .......... 36
- Graphical Interface Development Platform for Embedded Systems
- Plataforma de desarrollo de interfases gráficas para sistemas embebidos

**Future Electronics** .......... 38
- Wireless Lighting and Control Reference Design
- Diseño de referencia para control remoto de iluminación

**IDC** .......... 40
- Electronic Modules and Systems for Lighting Process
- Módulos y sistemas electrónicos para iluminación

**Instituto Electoral** .......... 42
- Electronic Voting Machine
- Urna electrónica

**Johnnie Walker** .......... 44
- Ice Bucket with LED Lighting
- Hielera con iluminación LED

**Light Bohrd**
- Sports Equipment Lighting System
- Sistema de iluminación para artículos deportivos .......... 46

- "Wearable" Platform for Clothing and Textile
- Plataforma "wearable" para ropa y textiles .......... 48

**Inventive Power**
- Solar Tracking Electronic System
- Sistema electrónico seguidor de trayectoria .......... 50

**Maxluz**
- Urban Luminaire
- Luminaria urbana .......... 52

- Urban Luminaire with Integrated WiFi System
- Luminaria urbana con sistema wifi integrado .......... 54

- Switch Box
- Switch Box .......... 56

- T8 Indoor Tubular Lamp
- Lámpara tubular de interior T8 .......... 58

- Luminaire Photo-interrupter
- Fotointerruptor para luminarias .......... 60

**Pisa** .......... 62
- Volumetric Infusion Pump
- Bomba de infusión volumétrica

**Quadlogic** .......... 64
- S10, S20 Meter and Energy Guard
- Medidor S10, S20 y Energy Guard

**Redline** .......... 66
- Smoke Pro Air Control Board Upgrade
- Rediseño del Smoke Pro Air Complete

**Renesas**
- Motor Control Kit
- Kit de control de motores .......... 68

- Platform for Next Generation Microcontrollers
-Palataforma para microcontroladores de nueva generación .......... 70

**Sleep Sound** .......... 72
- Whitenoise Earplugs with Alarm System
- Audífonos inalámbricos con alarma y ruido blanco

**Spectified** .......... 74
- Electroluminescence (EL) System with Micro-inverters for Glasses
- Sistema de electroluminiscencia (EL) con microinversor para lentes

**3M** .......... 76
- Protective Circuit for VDSL
- Circuito protector para VDSL

**Tyrian** .......... 78
- High Resolution Thermal Camera for Mobile Devices and Computers
- Cámara térmica de alta resolución para dispositivos móviles y computadoras

**Utech** .......... 80
- Portable Board for Sport Events
- Tablero portátil para eventos deportivos

**TableSafe** .......... 82
- TableSafe
- TableSafe

## **Platform** / Plataform

- **IAP Stack Platform for Apple / iOS peripherals**
- Plataforma IAP Stack para periféricos Apple / iOS .......... 86

- **IOT Platform**
- Plataforma IOT .......... 88

- **Home Automation System**
- Sistema de automatización de la vivienda / domótica .......... 90

- **Outdoor Led Signage**
- Sistemas de espectaculares basados en pantallas de LED .......... 92

- **Industrial Control and Communications Platform**
- Plataforma de control industrial y comunicaciones .......... 94

- **E-government Platform**
- Plataforma de gobierno electrónico .......... 96

## **IT**/ Tecnología de información

**Carrera Llamas y Asociados** .......... 100
- Task Management Mobile Application
- Aplicación móvil para la administración de tareas

**Clarient** .......... 102
- Flow Cytometry Test Management Site
- Sitio de administración de exámenes de citrometría de flujo

**Continental** .......... 104
- RFID-based Asset Management, Tracking and Location Solution
- Solución de gestión, seguimiento y ubicación de activos basado en RFID

**CSI Laboratories** .......... 106
- Client Portal
- Portal de clientes

**Dulces las Delicias** ........ 108
- Sales Order Processing Systems
- Sistema de administración de pedidos de venta

**FICG** ........ 110
- Mobile App for FICG 28 (Guadalajara International Film Festival)
- Aplicación móvil FICG 28

**Factura Center** ........ 112
- Portal and Web Service for CFDI
- Portal y Web Service para CFDI

**Instituto de la Artesanía Jalisciense** ........ 114
- Artisanal Information and Control System of Jalisco
- Sistema de Información y Control Artesanal Jalisciense

**Irise** ........ 116
- Synapse Logic Emulator
- Emulador Synapse Logic

**Kire** ........ 118
- Kire Manager
- Kire Manager

**MedAssets** ........ 120
- Automated Testing
- Pruebas automatizadas

**Nike** ........ 122
- EDI Catalogue
- Catálogo EDI

**Panamericanos XVI** ........ 124
- Geolocation and Advertising System
- Sistema de geolocalización y publicidad

Real San José ........ 126
- Drug Management Process Automation
- Automatización del proceso de administración de medicamentos

**RE/MAX** ........ 128
- Mobile App to Find RE/MAX Real Estate and Offices
- Aplicación móvil para la búsqueda de propiedades y oficinas de RE/MAX

**Sello Rojo** ........ 130
- ERP Integration Under SOA Model (Service Oriented Architecture)
- Integración de ERP bajo un modelo SOA (arquitectura orientada a servicios)

**Symantec** ........ 132
- Automated and Manual Testing-technology
- Tecnología de pruebas automatizadas y manuales

**Telcel** ........ 134
- Promotions Module
- Módulo de asignación de promociones

**Walt Disney** ........ 136
- Automated and Manual Testing–Entertainment
- Pruebas manuales y automatizadas

**Walter** ........ 138
- 5R´s
- 5R´s

**Clientes** / Clients ........ 140

# Services / **Servicios**

 Firmware
**Firmware**

 Certification
**Certificación**

 Layout
**Layout**

 Project Management
**Administración de proyectos**

 Industrial Design
**Diseño industrial**

 Software
**Software**

 Research
**Investigación**

 Quality and Testing
**Pruebas y calidad**

 Prototypes
**Prototipado**

 ERP Services
**Servicios ERP**

 Electronic Design
**Diseño Electrónico**

 Mobile App
**Aplicación móvil**

 Manufacturing
**Manufactura**



# **Embedded Systems** / Sistemas embebidos

CAD_0000044



CAD_0000045                                          CAD_0000045



## Client Profile

Advanced Micro Devices, Inc. or AMD is an American multinational semiconductor company based in Sunnyvale, California, that develops computer processors and related technologies for commercial and consumer markets. Its main products include microprocessors, motherboard chipsets, embedded processors and graphics processors for servers, workstations, personal computers and embedded systems applications.

AMD is the second-largest global supplier of microprocessors based on the x86 architecture and one of the largest manufacturers of graphics processing units. It also owns 8.6% of Spansion, a supplier of non-volatile flash memory.

## Perfil del cliente

Advanced Micro Devices, Inc. o AMD es una compañía estadounidense de semiconductores con base en Sunnyvale, California, que desarrolla procesadores de cómputo y productos tecnológicos para los mercados comerciales y de consumo. Sus prv oductos principales incluyen microprocesadores, tarjetas madre, procesadores embebidos y gráficos para servidores, estaciones de trabajo, computadoras personales y aplicaciones para sistemas embebidos.

AMD es el segundo proveedor de microprocesadores basados en la arquitectura x86 y también uno de los más grandes fabricantes de unidades de procesamiento gráfico. Posee un 8.6 % de Spansion, un proveedor de memoria flash no volátil.

Location
**UBICACIÓN**

USA

# AMD Fusion Embedded Development Platform

This design is a low-cost platform intended for embedded innovators who can create and develop new hardware and software products around AMD Fusion Family APUs (Accelerated Processing Units).

Pounce is a trusted technology partner in America for AMD, with the know how to design, integrate and develop high-performance solutions, therefore, the company earned the design housing certificate, issued by the global firm.

The board design included high-level layout activities and integrated, among other components, a DDR3 memory and an AMD Fusion APU with more than 900 pins interconnected through a 10 layers printed circuit board (PCB).

Card features include:

- Possibility for users to develop software layers using Sage IDE smart probe.
- Compact form factor (4" x 4")
- Open Source hardware and BIOS (Coreboot).
- 1 GB DDR3 RAM
- VGA RGB port
- SATA, USB, Ethernet, Audio I/O
- Others

# Plataforma de desarrollo para embebidos AMD Fusion

Esta es una plataforma de bajo costo dirigida a diseñadores de soluciones embebidas que hace posible crear y desarrollar nuevos productos de hardware y software basados en las características y funciones únicas de la familia de APUs (Accelerated Processing Units) de AMD Fusion.

AMD ha encontrado en Pounce a un socio tecnológico de confianza en América, con el know how para diseñar, integrar y fabricar soluciones de alto desempeño como esta. Por ello, la compañía ha sido certificada como casa de diseño por la firma global.

El desarrollo de esta tarjeta incluyó actividades de layout de alto nivel. Integra, entre otros componentes, una memoria DDR3 y un APU AMD Fusion con más de 900 pines, que se interconectan a través de una tablilla de circuito impreso (PCB) de tan solo 10 capas.

Las características de la tarjeta son las siguientes:

- Los usuarios pueden desarrollar software utilizando el smart probe Sage IDE
- Tamaño compacto de 4" x 4"
- Open Source BIOS (Coreboot)
- 1 GB DDR3 RAM
- Puerto VGA RGB
- SATA, USB, Ethernet, Audio I/O
- Otros

CAD_0000046

Industry
**Industria**

Technology
**Tecnología**

DDR Memory Layout Detail
**Detalle de memoria DDR**

900 Pins APU Layout Detail
**Detalle del APU de 900 pines**

Services / **Servicios**

**GLOBAL DELIVERY CENTER**
Av. 8 de Julio 1295
Col. Moderna 44190
Guadalajara, México
+52 33 3942 2500

**US CORPORATE**
7960 Silverton Ave. Suite 113
San Diego CA 92126
+1 877 257 2044

**MANUFACTURING SITE**
Calzada del Ejercito 1620
Col. San Carlos 44460
Guadalajara,Mexico.
+52 33 1368 1745

Pounce
@Pouncecorp

Pounce Consulting, Pounce Electronics, Pounce Embedded Systems, Pounce University and MaxLuz and its logotypes, are trademarks protected by the Industrial Property Law (Ley de la Propiedad Industrial) in favor of Pounce Consulting, S.A. de C.V. The content of this brochure, including its logotypes, designs and images, is intellectual property protected by the Federal Copyright Law (Ley Federal del Derecho de Autor) in favor of Pounce Consulting, S.A. de C.V. Unauthorized partial or entire reproduction is prohibited. All rights reserved © Pounce Consulting, S.A. de C.V. Guadalajara, Jalisco. 2014.Confidential information

Pounce Consulting, Pounce Electronics, Pounce Embedded Systems, Pounce University y MaxLuz y sus logotipos, son marcas comerciales protegidas por la Ley de la Propiedad Industrial a favor de Pounce Consulting, S.A. de C.V. El contenido del presente folleto, incluyendo los logotipos, diseños e imágenes, son obras intelectuales protegidas por la Ley Federal del Derecho de Autor a favor de Pounce Consulting, S.A. de C.V. Prohibida su reproducción parcial o total. Derechos reservados © Pounce Consulting, S.A. de C.V. Guadalajara, Jalisco. 2014. Información confidencial.

CAD_0000177



INTEGRATED
INNOVATION

CAD_0000178



pounce®

CAD_0000179