# Exhibit E

# Steve Papazian

| | |
|---|---|
| **From:** | Steve Papazian |
| **Sent:** | Thursday, December 7, 2017 8:09 PM |
| **To:** | 'mariajose.viera@pouncecorp.com'; 'Roger Viera' |
| **Cc:** | Guy Ruttenberg; 'Jason Coberly' |
| **Subject:** | RE: Cadence Design Systems, Inc. v. Pounce Consulting, Inc. et al, No. 4:17-cv-04732-PJH |
| **Attachments:** | 44 - 2017-12-06 Clerks Default Against Pounce Mexico SA.pdf |

Dear Mr. Viera and Ms. Viera,

I'm writing to notify you that default has been entered against Pounce Consulting, S.A. de C.V. by the clerk of the Court in the above-referenced action.  As I previously mentioned, we will next seek a default judgment (including damages) against Pounce Consulting, S.A. de C.V. and seek to enforce it in Mexico (as well as other parts of the world).

Please contact me if you have any questions.

Best regards,

Steve A. Papazian
Associate Attorney
Ruttenberg IP Law, A Professional Corporation
_____
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Direct Line: (310) 627-2276
Facsimile:   (310) 627-2260
Email: steve@ruttenbergiplaw.com


**From:** Steve Papazian
**Sent:** Thursday, November 30, 2017 5:30 PM
**To:** 'mariajose.viera@pouncecorp.com' <mariajose.viera@pouncecorp.com>; 'Roger Viera' <roger.viera@pouncecorp.com>
**Cc:** Guy Ruttenberg <Guy@ruttenbergiplaw.com>; 'Jason Coberly' <jcoberly@sodensteinberger.com>
**Subject:** RE: Cadence Design Systems, Inc. v. Pounce Consulting, Inc. et al, No. 4:17-cv-04732-PJH

Dear Mr. Viera and Ms. Viera,

Further to my emails below, we have filed an application to enter default against Pounce Consulting S.A. de C.V. in the above-referenced litigation.  (*See* attached.)  Please let me know if you have any questions.

Best regards,

Steve A. Papazian
Associate Attorney
Ruttenberg IP Law, A Professional Corporation
_____
1801 Century Park East, Suite 1920
Los Angeles, CA 90067

Direct Line: (310) 627-2276
Facsimile:   (310) 627-2260
Email: steve@ruttenbergiplaw.com

---

**From:** Steve Papazian
**Sent:** Tuesday, November 28, 2017 11:54 AM
**To:** 'mariajose.viera@pouncecorp.com' <mariajose.viera@pouncecorp.com>; 'Roger Viera' <roger.viera@pouncecorp.com>
**Cc:** Guy Ruttenberg <Guy@ruttenbergiplaw.com>; 'Jason Coberly' <jcoberly@sodensteinberger.com>
**Subject:** RE: Cadence Design Systems, Inc. v. Pounce Consulting, Inc. et al, No. 4:17-cv-04732-PJH

Dear Mr. Viera and Ms. Viera:

As I mentioned, I am a lawyer representing Cadence Design Systems, Inc. in the above-referenced litigation.  Pounce Mexico has been sued in the United States.  We properly served Pounce Mexico at the address given on Pounce Mexico's website for its "US Corporate" office.

Again, the deadline for Pounce Mexico to file a responsive pleading was yesterday.  If Pounce Mexico fails to file a responsive pleading today, we will seek entry of default against Pounce Mexico.  The entry of default may preclude Pounce Mexico from offering any defense at all.  After entry of default, we will seek a default judgment (including damages) and we will seek to enforce that judgment in the United States and in Mexico, as well as other parts of the world.

If you intend to file a responsive pleading, please let me know today.  Otherwise, we will seek entry of default tomorrow.

For the convenience of Ms. Viera, I'm re-attaching a copy of Cadence's First Amended Complaint naming both Pounce USA and Pounce Mexico as defendants, as well as the summons issued by the court and our proof of service on Pounce Mexico.

Regards,


Steve A. Papazian
Associate Attorney
Ruttenberg IP Law, A Professional Corporation
_____
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Direct Line: (310) 627-2276
Facsimile:   (310) 627-2260
Email: steve@ruttenbergiplaw.com

---

**From:** Roger Viera [mailto:roger.viera@pouncecorp.com]
**Sent:** Tuesday, November 28, 2017 11:25 AM
**To:** Steve Papazian <steve@ruttenbergiplaw.com>; Jason Coberly <jcoberly@sodensteinberger.com>
**Cc:** Guy Ruttenberg <Guy@ruttenbergiplaw.com>
**Subject:** Re: Cadence Design Systems, Inc. v. Pounce Consulting, Inc. et al, No. 4:17-cv-04732-PJH

Steve:

2

I am the CEO of Pounce Consulting Mexico Sa de CV. - located in GDL Mexico, we do not operate in the USA at all, in order to present any complains against us since we a Mexican corporation you need to contact our legal department in Mexico.

Here is our legal department in GDL Mexicoz

Maria Jose Viera
Email: mariajose.viera@pouncecorp.com
Legal Cousel Mexico

You need to filled your complain in Mexican Court, we have nothing to do witn the USA.

I am not sure what your deal is, but in any case we have plenty lawyers here in Mexico to Deal with what ever complain you may have againts us.

Regards,


Get Outlook for iOS

---

**From:** Steve Papazian <steve@ruttenbergiplaw.com>
**Sent:** Tuesday, November 28, 2017 12:38:43 PM
**To:** Roger Viera; Jason Coberly
**Cc:** Guy Ruttenberg
**Subject:** Cadence Design Systems, Inc. v. Pounce Consulting, Inc. et al, No. 4:17-cv-04732-PJH

Dear Mr. Viera and Mr. Coberly,

Our firm represents Cadence Design Systems, Inc. in the above-referenced litigation.  The Answer for Pounce Consulting, S.A. de C.V. ("Pounce Mexico") in the above-referenced litigation was due yesterday.  I am writing both of you because I have not received a clear answer as to whether Mr. Coberly (or anyone else) represents Pounce Mexico.  Accordingly, I am including both Mr. Coberly (counsel of record for Pounce Consulting, Inc. ("Pounce USA")) and Mr. Viera (CEO of Pounce Mexico) on this email.

At this point, Pounce Mexico is in default.  If Pounce Mexico does not file a responsive pleading today, we will seek entry of default tomorrow.  If you need to discuss, please let me know today.

For your convenience, I'm attaching Cadence's First Amended Complaint naming both Pounce USA and Pounce Mexico as defendants, as well as the summons issued by the court and our proof of service on Pounce Mexico.

Best regards,

Steve A. Papazian
Associate Attorney
Ruttenberg IP Law, A Professional Corporation
_____
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Direct Line: (310) 627-2276
Facsimile:   (310) 627-2260

Email: steve@ruttenbergiplaw.com

NOTICE: The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed (i.e. those identified in the "To" and "cc" box). This information is the property of Ruttenberg IP Law, A Professional Corporation. Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system.