# Exhibit F

# Steve Papazian

| | |
|---|---|
| **From:** | Steve Papazian |
| **Sent:** | Wednesday, January 3, 2018 6:45 PM |
| **To:** | 'Roger Viera'; 'mariajose.viera@pouncecorp.com' |
| **Cc:** | 'Jason Coberly'; Guy Ruttenberg |
| **Subject:** | Cadence Design Systems, Inc. v. Pounce Consulting, Inc. et al, No. 4:17-cv-04732-PJH -- Notice of Settlement Conference |
| **Attachments:** | 42 - 2017-11-27 Order Setting Settlement Conference.pdf |

Dear Mr. Viera and Ms. Viera,

I write regarding Cadence Design Systems, Inc.'s ("Cadence") lawsuit against Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc.  The Court has ordered the parties to attend a settlement conference, which is scheduled for February 9, 2018 at 10:00 am with Magistrate Judge Maria-Elena James in San Francisco, California.  Please see the attached order for additional information.  Attendance at this settlement conference is mandatory for all parties in the case, which includes Pounce Consulting, S.A. de C.V.  As a reminder, we served Pounce Consulting, S.A. de C.V. with a copy of the complaint and summons in this case on November 9, 2017.

Please let me know if you have any questions.

Best regards,
Steve

Steve A. Papazian
Associate Attorney
Ruttenberg IP Law, A Professional Corporation
_____
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Direct Line: (310) 627-2276
Facsimile:   (310) 627-2260
Email: steve@ruttenbergiplaw.com

NOTICE: The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed (i.e. those identified in the "To" and "cc" box). This information is the property of Ruttenberg IP Law, A Professional Corporation. Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system.