# Exhibit H

**From:**          mikeg@ema-eda.com
**Sent:**          Wednesday, September 3, 2014 9:56 AM
**To:**            mayra.ortiz@pouncecorp.com
**Subject:**       Possible Cadence OrCAD/Allegro license infringement at Pounce Consulting
**Attachments:**   Cadence Notice - 20140903 - Pounce Consulting.pdf; Cadence Supporting Data - 20140903 - Pounce Consulting.pdf

Roger Viera (via Mayra Ortiz),
There are strong indications of pirated usage of Cadence Design Systems' Cadence Allegro Design Entry CIS, Cadence Allegro AMS Simulator, and Cadence Allegro PCB Designer at Pounce Consulting. Please forward this email, along with the attached .PDF to your General Counsel for review.

As stated within the letter attached, we look forward to hearing from the appropriate person(s) at Pounce Consulting within the next two weeks so that we can discuss how best to resolve this matter. For your reference, I have also included the unique machines using this pirated software – see attached.

Thank you for your assistance and I look forward to hearing from you,
Regards,
Mike



Michael Gartland | Director of Sales Operations
P: 585-334-6001 x252 | M: 585-269-8319 | www.ema-eda.com



Learn how to optimize circuit results with PSpice Advanced Analysis

CAD_0000002

# Pounce Consulting

**Types of Infringed Cadence Software Detected:**

Cadence Design Entry CIS (also known as: OrCAD Capture CIS),

Cadence Allegro AMS Simulator (also known as: PSpice) and Cadence Allegro PCB Designer

| Hostname | Latest Infringement Date | MAC1 | MAC2 | MAC3 | MAC4 |
|---|---|---|---|---|---|
| nicolas-i7pc | 6/13/2013 | 24b6fd1ef452 | 4ceb42057a9e | 4ceb42057a9f | 4ceb42057a9f |
| vnavarro | 5/7/2013 | 00266c78ed9c | 0026b6f1f74f | | |
| a852232 | 7/16/2014 | 9c4e3664d924 | 9c4e3664d925 | 9c4e3664d925 | b888e31956ac |
| pounce-pc | 9/30/2013 | 1078d28017d8 | | | |
| a786497-pe | 12/12/2013 | 1078d2245fe0 | | | |
| a375768 | 10/28/2013 | 005056c00001 | 005056c00008 | 0013f7a790f8 | 1078d2247568 |
| a975203 | 12/12/2013 | 1078d22488e4 | | | |
| a270737 | 12/12/2013 | 005056c00001 | 005056c00008 | 1078d2803f47 | |
| electronics-pc | 8/30/2013 | 005056c00001 | 005056c00008 | 4487fcefcf65 | |
| a718981 | 12/12/2013 | 00270e0cd63f | 08002700705e | | |
| usuario-pe | 4/4/2013 | 001111e50e88 | 005056c00001 | 005056c00008 | |
| a786497-pe | 12/13/2013 | 1078d2245fe0 | | | |
| a656031 | 7/16/2014 | 1078d2248994 | | | |
| angeles-pc | 7/14/2014 | eca86b72a27c | | | |
| a357709 | 7/16/2014 | 00ff8a5abc17 | d0df9a1333d4 | d0df9a137e34 | f2df9a1333d4 |
| a852232 | 7/15/2014 | 9c4e3664d924 | 9c4e3664d925 | 9c4e3664d925 | b888e31956ac |
| a202883 | 2/14/2014 | 705ab6bdb70d | 00212f3b8d70 | 00ffac322452 | |
| a975203 | 7/16/2014 | 1078d22488e4 | | | |
| a718981 | 7/16/2014 | 00270e0cd63f | 08002700705e | | |
| a270737 | 7/16/2014 | 005056c00001 | 005056c00008 | 1078d2803f47 | |
| a786497-pe | 7/15/2014 | 1078d2245fe0 | | | |

.

The supporting data shown above represents licenses files that have been cracked and are in use at Pounce Consulting.

**Cadence Design Systems, Inc.**  2655 Seely Avenue  San Jose, CA 95134 USA
direct: 408.943.1234  www.cadence.com



cadence

September 3, 2014


Roger Viera,

As part of a corporate initiative to track unlicensed use of software, Cadence Design Systems, Inc. ("Cadence") recently learned that your company may be using unlicensed copies of Cadence software.  This software is copyrighted by Cadence and Cadence limits the use of this software to those who purchase licensed copies.

The attached document identifies the suspected unlicensed activity in more detail, including listing the Cadence software and listing the MAC addresses of the machines using the software. This document may be supplemented in the future.

Cadence is asking you to self-audit your organization's use of Cadence software, and if you find that unlicensed copies of Cadence software are being used, to engage with the Cadence contact identified in the signature block at the bottom of this letter to discuss how to procure licensed copies of the software.

The undersigned has a good faith belief that use of the software in the manner indicated of is not authorized by Cadence, its agents, or the law.  The information contained in this notification is accurate. Please be advised that this letter is not and is not intended to be a complete statement of the facts or law as they may pertain to this matter or of Cadence's positions, rights or remedies, legal or equitable, all of which are specifically reserved.

We look forward to hearing from you within two weeks of the date of receipt of this letter.


Michael Gartland

585.334.6001 x252

mikeg@ema-eda.com


**Cadence Design Systems, Inc.**  2655 Seely Avenue  San Jose, CA 95134 USA
direct: 408.943.1234  www.cadence.com

CAD_0000004