# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>Plaintiff,<br><br>v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*.<br><br>Defendants. | Case No. 4:17-cv-04732-PJH<br><br>**PROPOSED JUDGMENT UNDER FED. R. CIV. P. 54(b) AGAINST DEFENDANT POUNCE CONSULTING, S.A. DE C.V.** |

Upon the motion of Plaintiff Cadence Design Systems, Inc. ("Cadence"), the Court hereby enters judgment under Fed. R. Civ. P. 54(b) in favor of Plaintiff against Defendant Pounce Consulting, S.A. de C.V. ("Pounce SA") on Cadence's claim for Copyright Infringement, Circumvention of Copyright Protection Systems, and Breach of Contract as follows:

### Monetary Relief

1. On claims for monetary relief, judgment is entered in favor of Plaintiffs and against Pounce SA in the total amount of $18,547,936.99.

2. Post-judgment interest shall accrue in accordance with applicable Federal law.

### Injunctive Relief

3. Pounce SA and each of its officers, directors, agents, servants, employees, affiliates, attorneys, and all others in privity or concert with them, including parents, subsidiaries, divisions, successors, and assigns, are **PRELIMINARILY AND PERMANENTLY ENJOINED** from using, downloading, or otherwise accessing the Cadence Software or any other Cadence software, including without limitation any and all versions of Allegro, PSpice and OrCAD.

### Entry of Final Judgment

4. This Court has determined that there is no just reason for delaying entry of judgment against Defendant. Accordingly, pursuant to Fed. R. Civ. P. 58(a) and 54(b), judgment is hereby entered against Defendant Pounce Consulting, S.A. de C.V., and in favor of Plaintiffs, according to the terms set forth above.

**IT IS SO ORDERED.**

Dated: _____, 2018

By _____
Phyllis J. Hamilton
United States District Judge