Frederick K. Taylor (Bar No. 159838)
E-mail:fred.taylor@procopio.com
Adrian Martinez (Bar No. 230840)
E-mail:adrian.martinez@procopio.com
PROCOPIO, CORY, HARGREAVES
 & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant Pounce Consulting, S.A. de C.V., a
Mexican Sociedad Anónima de Capital Variable

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>          Plaintiff,<br><br>v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*,<br><br>          Defendants. | Case No. 4:17-CV-04732-PJH<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT POUNCE CONSULTING, S.A. DE C.V.**<br><br>Date:     July 11, 2018<br>Time:    9 A.M.<br>Dept.:    Courtroom 3<br><br>Complaint Filed:  August 15, 2017<br>Judge:  Hon. Phyllis J. Hamilton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 11, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at Oakland Courthouse, Courtroom 3 – 3rd Floor, 1301 Clay Street, Oakland, California 94612, Procopio, Cory, Hargreaves & Savitch LLP ("Procopio"), counsel for Defendant Pounce Consulting, S.A. de C.V. ("Pounce Mexico") hereby moves for leave of this Court to allow Procopio to withdraw as counsel for Pounce Mexico in this action.

Good cause exists to grant this motion.  For the reasons set forth more fully in the accompanying Memorandum of Points and Authorities, ethical and professional considerations require Procopio's withdrawal of representation, as there has been an irreconcilable breakdown in

1  the attorney-client relationship.  This motion is based on this Notice of Motion and Motion,

2  Memorandum of Points and Authorities filed herewith, supporting declarations and exhibits, and

3  upon such other matters as may be presented to the Court at the time of the hearing.

DATED: June 13, 2018                     PROCOPIO, CORY, HARGREAVES &
                                                                  SAVITCH LLP


                                                        By:   /s/ Frederick K. Taylor
                                                                  Frederick K. Taylor
                                                                  Adrian Martinez
                                                                  Attorneys for Defendant Pounce Consulting,
                                                                  S.A. de C.V., a Mexican Sociedad Anónima
                                                                  de Capital Variable

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 13, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Frederick K. Taylor  
Frederick K. Taylor
