UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br> Plaintiff, <br> v. <br> POUNCE CONSULTING, INC., et al., <br> Defendants. | Case No. 17-cv-04732-PJH <br><br> **ORDER RE MOTION TO WITHDRAW AS COUNSEL AND CASE SCHEDULE** <br> Re: Dkt. Nos. 148, 151 |

Defendant Pounce Consulting, S.A. de C.V.'s ("Pounce Mexico") counsel ("Procopio") has filed a motion to withdraw citing "an irreconcilable breakdown in the attorney-client relationship." Dkt. 148-2, Declaration of Frederick K. Taylor, ¶ 6. Good cause appearing, that motion is GRANTED. Pursuant to L.R. 11-5(b), papers may continue to be served on Procopio for forwarding purposes for 30 days from the date of this order or until Pounce Mexico retains substitute counsel, which it shall do within that time period.

In light of Procopio's withdrawal, as well as plaintiff and defendant Pounce Consulting, Inc.'s stipulation, the court ORDERS as follows:

1. The deadline for expert disclosures shall be continued for 60 days from June 22, 2018, to August 22, 2018.
2. The parties will provide a further joint submission as to the case schedule on or before July 27, 2018.
3. Pounce Mexico shall file its answer within 14 days of retaining counsel but no later than July 23, 2018. The court has no intention of granting any additional continuances relating to this deadline.

4. Any fact discovery that is already in progress may continue in the interim, although the parties reserve the right (and agree that non-parties may have the right) to object as "untimely" to any discovery served after May 25, 2018, depending on what ultimately happens with the case schedule.

5. All other dates on the case schedule remain unchanged for now.

**IT IS SO ORDERED.**

Dated: June 15, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge