Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Steve A. Papazian, Bar No. 288097
steve@ruttenberglaw.com
Michael Eshaghian, Bar No. 300869
mike@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Cadence Design Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,

Plaintiff,

v.

POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*.

Defendants.

Case No. 4:17-cv-04732-PJH

**STIPULATION AND [PROPOSED] ORDER RE DOCUMENT PRODUCTION**

Mag. Judge: Hon. Elizabeth D. Laporte

DISCOVERY MATTER

Plaintiff Cadence Design Systems, Inc. ("Cadence") and Defendant Pounce Consulting, Inc. ("Pounce USA") (collectively, "the Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS on November 8, 2018, Judge Laporte found that "the emails and other documents of Roger Viera are in the possession, custody, and/or control of [Pounce USA], regardless of whether the documents are housed on a server in Mexico, given that Mr. Viera is an officer and majority owner of Pounce USA and given that Mr. Viera used these email accounts to direct the business of Pounce USA," and ordered Pounce USA to "search for and produce all documents of Roger Viera that are responsive to Cadence's documents requests, including any emails housed on the server in Mexico." (Dkt. No. 189).

It is hereby agreed and stipulated among the Parties as follows:

1. Pounce USA will produce all documents in compliance with the Court's November 8, 2018 Order by January 7, 2019.
2. In connection with this production, within 7 days of this Stipulation, Pounce USA will provide to Cadence proposed ESI search terms and a protocol for collecting, searching, and producing ESI.
3. Within 7 days of Pounce USA proposing ESI search terms, Cadence and Pounce USA will meet and confer on the ESI search terms and production protocol.
4. Paragraphs 2 and 3 of this Stipulation do not relieve Pounce USA's obligation to produce non-ESI documents.
5. Pounce USA will comply with its legal obligations to preserve evidence and will not remove or delete any responsive documents to avoid production.

[Continued on Next Page]

DATED: December 13, 2018 By: *_/s/ Guy Ruttenberg_*

Guy Ruttenberg
guy@ruttenbergiplaw.com
Steve A. Papazian
steve@ruttenberglaw.com
Michael Eshaghian
mike@ruttenbergiplaw.com
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
*Attorneys for Plaintiff*

DATED: December 13, 2018 By: *_/s/ Janie Lin Thompson_*

Garner Kimleon Weng
gweng@hansonbridgett.com
Holly R. Hanks
hhanks@hansonbridgett.com
Janie Lin Thompson
jthompson@hansonbridgett.com
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
*Attorneys for Defendant Pounce Consulting, Inc.*

I, Guy Ruttenberg, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

*/s/ Guy Ruttenberg*
Guy Ruttenberg

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 13, 2018

By ______________________

Hon. Elizabeth D. Laporte
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that I caused to be served counsel of record on December 13, 2018 with STIPULATION AND [PROPOSED] ORDER RE DOCUMENT PRODUCTION via CM/ECF.

Executed on December 13, 2018 in Los Angeles, California.

By: *_/s/ Guy Ruttenberg_*
GUY RUTTENBERG