UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br> Plaintiff, <br> v. <br> POUNCE CONSULTING, INC., et al., <br> Defendants. | Case No. 17-cv-04732-PJH <br><br> **ORDER RE MOTION TO WITHDRAW AS COUNSEL** <br> Re: Dkt. No. 193 |

Defendant Pounce Consulting, Inc.'s ("Pounce USA") counsel, Hanson Bridgett LLP, has filed a motion to withdraw as counsel premised on, inter alia, Pounce USA's prolonged failure to pay its legal fees. Dkt. 193-2, Declaration of Garner K. Weng, ¶¶ 3-4. Good cause appearing, that motion is GRANTED. Pursuant to L.R. 11-5(b), papers may continue to be served on Hanson Bridgett for forwarding purposes for 30 days from the date of this order or until Pounce USA retains substitute counsel, which it shall do within that time period. Pounce USA's substitute counsel must file its notice of appearance by the same deadline.

The court reiterates that Pounce USA must retain counsel within 30 days because a corporation or other artificial entity cannot appear in federal court unless it is represented by counsel. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); Bourbeau v. Cognitive Code Corp., 693 F. App'x 499, 503 (9th Cir. 2017) (same; affirming district court's dismissal based on corporation's failure to retain counsel). The court warns Pounce USA that failure to retain counsel will result in the entry of

default.

In addition, A Further Case Management Conference shall be held on March 21, 2019, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10.  The parties shall file a joint case management statement no later than seven (7) days before the date of the conference.

**IT IS SO ORDERED.**

Dated: December 14, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge