UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>Plaintiff,<br><br>v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*.<br><br>Defendants. | Case No. 4:17-cv-04732-PJH<br><br>**~~PROPOSED~~ ORDER GRANTING** IN PART **PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:   Hon. Phyllis J. Hamilton |

Having read and considered Cadence Design Systems, Inc.'s Administrative Motion to File Under Seal certain portions of Cadence's Renewed Motion for Default Judgment against Defendant Pounce Consulting, S.A. de C.V. ("Pounce SA") and the supporting documents listed below, the Court finds that the motion should be granted.

It is hereby ORDERED that the following portions of Cadence's Motion for Default Judgment and the following declarations and exhibits submitted in support thereof shall be filed under seal: `WITH THE EXCEPTION OF THOSE PORTIONS STRICKEN BY THE COURT:`

| Document | Portions Sought to be Sealed |
|---|---|
| Exhibit A to the Ruttenberg Declaration | Entire document |
| Exhibit F to the Ruttenberg Declaration | Entire document |
| Exhibit G to the Ruttenberg Declaration | Entire document |
| Exhibit H to the Ruttenberg Declaration | Entire document |
| Exhibit I to the Ruttenberg Declaration | Entire document |
| Exhibit J to the Ruttenberg Declaration | Entire document |
| Exhibit K to the Ruttenberg Declaration | Entire document |
| Exhibit L to the Ruttenberg Declaration | Entire document |
| Exhibit M to the Ruttenberg Declaration | Entire document |
| Exhibit N to the Ruttenberg Declaration | Entire document |
| Exhibit O to the Ruttenberg Declaration | Entire document |
| Exhibit P to the Ruttenberg Declaration | Entire document |
| Exhibit Q to the Ruttenberg Declaration | Entire document |
| Exhibit R to the Ruttenberg Declaration | Entire document |
| Exhibit S to the Ruttenberg Declaration | Entire document |
| Exhibit T to the Ruttenberg Declaration | Entire document |
| Exhibit U to the Ruttenberg Declaration | ~~Entire document~~ `DENIED` |

| Document | Portions Sought to be Sealed |
|---|---|
| Exhibit V to the Ruttenberg Declaration | Entire document |
| Exhibit W to the Ruttenberg Declaration | Entire document |
| Exhibit X to the Ruttenberg Declaration | Entire document |
| Exhibit Y to the Ruttenberg Declaration | Entire document |
| Exhibit Z to the Ruttenberg Declaration | Entire document |
| Cadence's Memorandum of Points and Authorities in Support of Its Motion for Default Judgment | ~~1:8~~, 4:7-8, 4:13-27, 11:11-12:3, 12:19, ~~17:14-16~~, 17:26-28, ~~21:20, 21:26-27~~<br><br>AS MODIFIED BY THE COURT |
| Exhibit 1 to the Blum Declaration (Blum Damages Report) | Entire document |
| Choudhary Declaration | Screenshots of Exhibits V through Z contained in paragraphs 18-20, 23, 24, 27, 28, 32-34, 38 |

**IT IS SO ORDERED.**

Dated: January 7, 2019

By _____

~~Hon. Phyllis J. Hamilton~~
~~United States District Judge~~
Sallie Kim
U.S. Magistrate Judge