UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br> Plaintiff, <br> v. <br> POUNCE CONSULTING, INC., et al., <br> Defendants. | Case No. 17-cv-04732-PJH <br><br> **ORDER RE ENTRY OF DEFAULT** <br> Re: Dkt. No. 196 |

On December 14, 2018, the court granted Hanson Bridgett LLP's motion to withdraw as counsel for Pounce Consulting, Inc.'s ("Pounce USA"). Dkt. 196. That order also required Pounce USA to retain substitute counsel within 30 days. Id. The court emphasized that "Pounce USA must retain counsel within 30 days because a corporation or other artificial entity cannot appear in federal court unless it is represented by counsel" and "warn[ed] Pounce USA that failure to retain counsel will result in the entry of default." Id. Thirty days has passed, and Pounce USA has failed to retain substitute counsel.

Accordingly, the court ENTERS DEFAULT against Pounce USA for its failure to comply with a court order and for its failure to retain counsel as required by clearly established law. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993); Bourbeau v. Cognitive Code Corp., 693 F. App'x 499, 503 (9th Cir. 2017).

In addition, the court hereby VACATES the Further Case Management Conference set for March 21, 2019. Plaintiff shall file its motion for default judgment

///

///

against Pounce USA no later than February 28, 2019.

**IT IS SO ORDERED.**

Dated: January 30, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge