UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br> Plaintiff, <br> v. <br> POUNCE CONSULTING, INC., et al., <br> Defendants. | Case No. 17-cv-04732-PJH <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** <br><br> Re: Dkt. Nos. 182, 205, 209, 218 |

Presently pending before this court are Magistrate Judge Sallie Kim's Report and Recommendation Re: Application for Default Judgment against defendant Pounce Consulting, S.A. de C.V., and Judge Kim's Report and Recommendation Re: Application for Default Judgment against defendant Pounce Consulting, Inc. Having reviewed those reports and having received no objections, the court finds the reports correct, well-reasoned and thorough, and adopts them in every respect.

Plaintiff shall submit a proposed form of judgment no later than Thursday, April 25, 2019. Plaintiff's proposed judgment shall include the accrued prejudgment interest recoverable pursuant to plaintiff's breach of contract claim as of April 25, 2019, and as of April 26, 2019. Plaintiff shall also file a declaration supporting those calculations.

**IT IS SO ORDERED.**

Dated: April 22, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge