UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., *a Delaware Corporation*,<br><br>Plaintiff,<br><br>v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. de C.V., *a Mexican Sociedad Anónima de Capital Variable*.<br><br>Defendants. | Case No. 4:17-cv-04732-PJH<br><br>**FINAL JUDGMENT UNDER FED. R. CIV. P. 58(a) AGAINST DEFENDANTS POUNCE CONSULTING, INC. AND POUNCE CONSULTING, S.A. DE C.V.** |

The Court enters final judgment under Fed. R. Civ. P. 58(a) in favor of Plaintiff Cadence Design Systems, Inc. ("Cadence") against Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc. (collectively, the "Pounce Defendants") on Cadence's claims for Copyright Infringement, Circumvention of Copyright Protection Systems, and Breach of Contract as follows:

**Liability**

1. As to Count I (Copyright Infringement), the Court enters judgment in favor of Cadence and against each of Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting,

Inc.  Each of the Pounce Defendants is liable under 17 U.S.C. § 501 for infringing the following registered copyrighted works owned by Cadence for Cadence Software, including Copyright Registration No. TX 7-751-386 (entitled Allegro 16.5), Copyright Registration No. TX 8-323-840 (entitled Allegro PCB 16.6), Copyright Registration No. TX 8-320-014 (entitled PSPICE 16.5), Copyright Registration No. TX 8-320-008 (entitled PSPICE 16.6), Copyright Registration No. TX 8-320-016 (entitled OrCAD16.5), and Copyright Registration No. TX 8-320-041 (entitled OrCAD16.6).

2. As to Count II (Circumvention of Copyright Protection Systems), the Court enters judgment in favor of Cadence and against each of Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc.  Each of the Pounce Defendants is liable under 17 U.S.C. § 1201 for modifying and circumventing protections in the Cadence License Manager and Cadence Software.

3. As to Count III (Breach of Contract), Court enters judgment in favor of Cadence and against Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc.  Each of the Pounce Defendants is liable for breaching the terms of their License Agreement with Cadence.

4. Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc. are directly liable for Copyright Infringement under 17 U.S.C. § 501, Circumvention of Copyright Protection Systems under 17 U.S.C. 1201, and Breach of Contract.

5. Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc. are also alter egos of one another and, thus, jointly and severally liable for each other's Copyright Infringement under 17 U.S.C. § 501, Circumvention of Copyright Protection Systems under 17 U.S.C. § 1201, and Breach of Contract.

**Monetary Relief**

6. The Court enters a final monetary judgment in favor of Cadence and against Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc., as follows:

    a. For Cadence's breach of contract claim (Count III), the Court awards Cadence its actual damages from lost licensing revenues in the amount of $783,310, plus prejudgment interest on the lost licensing revenues at the rate of 1.5% per month as specified in Section 5 of the parties' License Agreement through the date of

    final judgment in the amount of $1,146,902.56, for a total actual damages on the breach of contract claim in the amount of $1,930,212.56;

  b. For Cadence's copyright infringement claim (Count I), the Court awards Cadence $2,973,065.73 as disgorgement of the Pounce Defendants' profits in accordance with 17 U.S.C. § 504(b); and

  c. For Cadence's circumvention of copyright protections claim (Count II), the Court awards Cadence statutory damages of $2,079,900 (or $300 for each of the 6,933 known infringing incidents) in accordance with 17 U.S.C. § 1203(c)(3)(A).

7. In total, the Court enters a final judgment in the amount of $6,983,178.29 in favor of Cadence and against Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc.

8. Defendants Pounce Consulting, S.A. de C.V. and Pounce Consulting, Inc. are jointly and severally liable for the full amount of the judgment, including any additional interest, costs, attorneys' fees or other amounts awarded by the Court.

### Injunctive Relief

9. The Pounce Defendants and any of their agents, employees, affiliates, distributors, successors, assigns, and any other person or entity acting in concert or participation with either of the Pounce Defendants are **NOW AND FOREVER ENJOINED** from using or downloading, or otherwise accessing Cadence's Software or any other Cadence software, including without limitation any and all versions of Allegro, PSpice, and OrCad.

### Attorneys' Fees

10. Cadence is entitled to recover its attorneys' fees and costs against the Pounce Defendants based on section 28 of the Software License Agreement.  Cadence shall submit a motion for attorneys' fees pursuant to Fed. 54(d) and Civil L.R. 54-5 within 14 days of entry of judgment.

/ / / /

/ / /

/ / /

**Entry of Final Judgment**

11. This judgment is a final judgment pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED.**

Dated: April 25, 2019

By _____
Phyllis J. Hamilton
United States District Judge